UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Case Number: 1:19-cv-02216-DAB
Date Filed: 3-18-2019
Court/Return Date:

ATTORNEY(S) VALLI KANE & VAGNINI   PH: (516) 203-7180
600 OLD COUNTRY ROAD STE 519 GARDEN CITY, NY 11530

McConnell Dorce, et al

*Plaintiff*

vs

City of New York, et al

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

**Assmet Abderrahman**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **3/25/2019**, at **2:30 PM** at **460 Nostrand Avenue, Brooklyn, NY 11216**, Deponent served the within **Summons in a Civil Action and Complaint** The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $40.  On: **BSDC Kings Covenant Housing Development Fund Company, Inc. c/o SOS**, **Defendant** therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Emilio Dwarson**  said individual to be  who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity.  A description of Emilio Dwarson is as follows:

**Sex**: Male   **Color of skin**: Black   **Color of hair**: Bald   **Age**: 40-50
**Height**: 5ft9in-6ft0in   **Weight**: 131-160 Lbs.   **Other** : Glasses

Sworn to before me on March 26, 2019

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2023

Process Server, Please Sign
Assmet Abderrahman
Lic# 1115274
Job #: 1915244

Client's File No.:

*INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771*