UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MCCONNELL DORCE, CECILIA JONES, and
SHERLIVIA THOMAS-MURCHISON, individually
and on behalf of all others similarly situated,

                              Plaintiffs,

              -against-

CITY OF NEW YORK, NEIGHBORHOOD RESTORE
HOUSING DEVELOPMENT FUND CORPORATION
CO., INC., BSDC KINGS COVENANT HOUSING
DEVELOPMENT FUND COMPANY, INC., MARIA
TORRES-SPRINGER (Commissioner of the New York
City Department of Housing Preservation and
Development); JOHN DOE #1 TO # 10, and JANE DOE
#1 TO # 10,

                              Defendants.

-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

No. 19-CV-02216

To:    The clerk of court and all parties of record

       I, Andrea B. Feller, Assistant Corporation Counsel, am admitted to practice in this court,

and I appear in the above-captioned action as counsel for Defendant the City of New York.

Dated:    New York, New York
              April 9, 2019

                                    ZACHARY W. CARTER
                                    Corporation Counsel of
                                     the City of New York
                                    Attorney for Defendant City of New York
                                    100 Church Street
                                    Room 3-250
                                    New York, New York 10007
                                    Tel: 212-356-2565
                                    Fax: 212-356-2088
                                    AFeller@law.nyc.gov

By: _Andrea B. Feller_
Andrea B. Feller
Assistant Corporation Counsel

To: Matthew L. Berman, Esq.
Robert J. Valli, Esq.
Sara Wyn Kane, Esq.
Yolande Nicholson, Esq. (of counsel)
VALLI KANE & VAGNINI LLP
*Attorney for Plaintiffs*
600 Old Country Road, Suite 519
Garden City, New York 11530
Tel: 516-203-7180
Fax: 516-706-0248