UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MCCONNELL DORCE, et al.,

                               Plaintiffs,

           -against-

CITY OF NEW YORK, et al.,

                              Defendants..

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

19-CV-02216 (DAB)

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Andrea B. Feller, dated May 15, 2019, and the Exhibits annexed thereto, and the accompanying Memorandum of Law, dated May 15, 2019 defendants the City of New York and Maria Torres-Springer ("Municipal Defendants") will move this Court, before the Hon. Deborah A. Batts, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiffs' Complaint in its entirety with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
        May 15, 2019

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the City of New York
                                      Attorney for Municipal Defendants
                                      100 Church Street, Room 3-250
                                      New York, New York 10007
                                      Tel: (212) 356-2565
                                      E-mail: afeller@law.nyc.gov

                                      _____/S/_____
                                      ANDREA B. FELLER

TO: **VALLI KANE & VAGNINI LLP**
*Attorney for Plaintiffs*
600 Old Country Road, Suite 519118-21 Queens Blvd, Suite 603
Garden City, New York 11530
Tel: 516-203-7180

**GOLDSTEIN HALL PLLC**
*Attorney for Neighborhood Restore HDFC, Inc. and BSDC Kings Covenant HDFC, Inc.*
80 Broad Street, Suite 803
New York, NY 10004
Tel: 646-768-4127