**EXHIBIT E**



**Department of Finance**
66 JOHN STREET
NEW YORK, NY 10038
nyc.gov/finance

# FORECLOSURE NOTICE

#041299615071601#
DORCE, MC CONNELL
373 ROCKAWAY PKWY
BROOKLYN NY 11212-3315

JULY 24, 2015
**PROPERTY ADDRESS**
373 ROCKAWAY PARKWAY

| BOROUGH | BLOCK | LOT |
|---|---|---|
| BROOKLYN | 4672 | 56 |

**CASE NO:** 15939938 S

**In Rem Action Number:** 53
**Filing Date:** 07/14/15

Department of Finance (DOF) records indicate that you may have an interest in the above property, which is included in the in rem foreclosure action described in the enclosed notice. The charges that make the property eligible for foreclosure are unpaid property taxes and/or water and wastewater charges and/or related property charges.

As provided by law, the ownership of said property may in due course pass to the City of New York or to a third party, unless you pay the taxes and/or charges, or enter into an installment agreement(s) for payment of such taxes and/or charges, or interpose an answer in the in rem foreclosure action.

Please carefully read the enclosed Notice of Foreclosure, which contains important information including deadlines to redeem the property and/or interpose an answer in the action.

For further information contact any of the Borough Payment Centers listed on the reverse side of this notice, or call DOF Customer Assistance at (212) 440-5408.

For information regarding unpaid water and wastewater charges, please call Department of Environmental Protection (DEP) Customer Service at (718) 595-7000.

**PLEASE PRESENT THIS NOTICE WHEN MAKING INQUIRIES**

---

PLEASE RETURN A COPY OF THIS NOTICE WITH YOUR RESPONSE (FOLD HERE -- DO NOT DETACH)
MAKE SURE THE RETURN ADDRESS APPEARS IN THE ENVELOPE WINDOW.

**NOTICE NO:** 041299615071601
**PROPERTY ADDRESS**
373 ROCKAWAY PARKWAY

| BOROUGH | BLOCK | LOT |
|---|---|---|
| BROOKLYN | 4672 | 56 |

**CASE NO:** 15939938 S

**Did Your Mailing Address Change?**
If so, please visit us at nyc.gov/changemailingaddress
or call (212) 440-5408

NYC DEPARTMENT OF FINANCE
CENTRAL IN REM
66 JOHN STREET
NEW YORK, NY 10038

923.02
001
776

------------- INFORMATION -------------

Internet Access: Quick and direct access to current property tax balance and payment information is available online at nyc.gov/propertytaxes. Log on to view a property's Statement of Account, the tentative and final assessment rolls, and to download or request forms, applications, tax history reports, Senior Citizen Rent Increase Exemption (SCRIE) credits, and other customer service information.

In Rem Tax Foreclosure: The City of New York may proceed with in rem tax foreclosure for Tax Class 1 properties, Tax Class 2 properties that are residential condominium units or residential cooperative buildings, and multiple dwellings owned by companies organized under Article XI of the New York State Private Housing Finance Law when the tax liens derived from unpaid property taxes and/or water and wastewater charges and other real-property related lienable charges are 3 years old or older. All other properties may be subject to in rem tax foreclosure when tax liens are 1 year old or older.

Authorized Payment Agreements: You may be eligible for an installment payment plan. For information on installment agreements for property taxes, log on to DOF's website at nyc.gov/propertytaxes, call DOF Customer Assistance at (212) 440-5408, or visit one of the borough offices listed below. For information on installment agreements for water and wastewater charges, log on to DEP's website at nyc.gov/dep or call DEP Customer Service at (718) 595-7000.

------------- PAYMENT INFORMATION -------------

**All payments in response to this notice may be made payable to and directed to:**

NYC DEPARTMENT OF FINANCE
CENTRAL IN REM
66 JOHN STREET
NEW YORK, NY 10038

Please write your Borough, Block, Lot Number, Account Type and Account ID (if applicable) clearly on the face of your check.

A SERVICE FEE OF $20 WILL BE CHARGED FOR EACH DISHONORED CHECK.

**Please remember to retain your cancelled check as proof of payment. Do not send cash in the mail.**

You can pay the real property tax portion of this bill using e-checking, electronic funds transfer (EFT), or a credit or debit card through the DOF's website at nyc.gov/propertytaxes. Payments for water and wastewater charges can be made through DEP's website at nyc.gov/dep.

Payments may also be made at any office listed below.

For questions regarding the status of your property tax account or billing discrepancies (including previous payments), you can call DOF Customer Assistance at (212) 440-5408. For questions regarding water and wastewater charges, please call DEP Customer Service at (718) 595-7000.

------------- PAYMENT LOCATIONS AND GENERAL INFORMATION -------------

**Open Monday - Friday**
Hours: 8:30 a.m. - 4:30 p.m.

| Manhattan | Bronx | Brooklyn | Queens | Staten Island |
|---|---|---|---|---|
| 66 John Street | 3030 Third Avenue | 210 Joralemon Street | 144-06 94th Avenue | 350 St. Marks Place |
| 2nd Floor | 2nd Floor | 1st Floor | 1st Floor | 1st Floor |
| New York, NY 10038 | Bronx, NY 10455 | Brooklyn, NY 11201 | Jamaica, NY 11435 | Staten Island, NY 10301 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

----------------------------------------------------------X

In Rem Tax Foreclosure Action No. 53

Borough of Brooklyn

Sections 3, 4, 5, 6, 7, 8, 9, 10, 11, and 13, 14, 15, 16 ,21.

Tax Classes 1 and 2

----------------------------------------------------------X

NOTICE OF FORECLOSURE

INDEX NO. 8700/2015

**PLEASE TAKE NOTICE THAT** on the 14th day of July, 2015, pursuant to Title 11, Chapter 4 of the Administrative Code of the City of New York, the Commissioner of Finance of the City of New York filed with the Clerk of Kings County, a list of parcels affected by unpaid tax liens held and owned by said City of New York, which on the 14th day of July, 2015, had been unpaid for a period of at least one year, or at least three years in the case of Tax Class One and Tax Class Two properties that are residential condominium units or residential cooperative buildings and multiple dwellings owned by companies organized under Article XI of the New York State Private Housing Finance Law, with the consent and approval of the Department of Housing Preservation and Development. Said list contains as to each such parcel (a) a brief description of the property affected by such tax liens, (b) the name of the owner of such property as the same appeared on the annual record of assessed valuation at the time of filing or a statement that the owner is unknown if such be the case, (c) a listing of such tax liens upon such parcels, including those which caused the property to be subject to the foreclosure proceeding and those which accrued thereafter, together with the date or dates from which, and the rate or rates at which, interest and penalties thereon shall be computed.

The filing of this list of delinquent taxes constitutes the commencement by the City of New York of an action in the Supreme Court, Kings County, to foreclose the tax liens therein described by a foreclosure proceeding in rem and this list constitutes a notice of pendency of action and a complaint by the City of New York against each piece or parcel of land therein described to enforce the payment of such tax liens.

Such action is brought against the real property only and is to foreclose the tax liens described in such list. No personal judgment shall be entered herein.

A certified copy of such list of delinquent taxes has been filed in the Brooklyn Business Center of the New York City Department of Finance, 210 Joralemon Street, First Floor, Brooklyn, NY 11201, and will remain open for public inspection up to and <u>including the 6th day of October, 2015, which date is hereby fixed as the last date for redemption</u>.

Any party or entity having or claiming to have an interest in any such parcel and the legal right thereto may on or before said date redeem the same by paying the Commissioner of Finance, at 210 Joralemon Street, First Floor, Brooklyn, NY 11201, or any Borough Business Center, the amount of all such unpaid tax liens thereon and in addition thereto all interest and penalties which are a lien against such real property computed to and including the date of redemption.

And take further notice that during the same period such party or entity may request the Commissioner of Finance to enter into an agreement for installment payments as provided under Sections 11-405 and 11-409 of the Administrative Code.

Every person or entity having any right, title or interest in or lien upon any parcel described on such list of delinquent taxes may serve a duly verified answer upon the Corporation Counsel setting forth in detail the nature and amount of his interest or lien, any defense or objection to the foreclosure and the full name of the answering party. Such answer must be filed in the office of the Clerk of Kings County and served upon the Corporation Counsel at any time after the first date of publication but not later than twenty days after the date above mentioned as the last day for redemption, which shall be October 26th, 2015. In the event of failure to redeem or answer, such person shall be, except as provided in Sections 11-407(c), 11-412.1 and 11-424 of the Administrative Code, forever barred and foreclosed of all his right, title and interest and equity of redemption in and to the parcel described in such list of delinquent taxes and a judgment of foreclosure may be taken in default.

Dated: July 24, 2015

Jacques Jiha, Ph.D.
Commissioner of Finance
City of New York

**Serve all legal papers on:**

Zachary W. Carter
Corporation Counsel
100 Church Street
New York, NY 10007



**Department of Finance**
66 JOHN STREET
NEW YORK, NY 10038
nyc.gov/finance

# FORECLOSURE NOTICE

#0412996150716O2#
MCCONNELL DORCE
373 ROCKAWAY PKWY
BROOKLYN NY 11212-3315

JULY 24, 2015
**PROPERTY ADDRESS**
373 ROCKAWAY PARKWAY

| BOROUGH | BLOCK | LOT |
|---|---|---|
| BROOKLYN | 4672 | 56 |

**CASE NO:** 15939938 S

**In Rem Action Number:** 53
**Filing Date:** 07/14/15

Department of Finance (DOF) records indicate that you may have an interest in the above property, which is included in the in rem foreclosure action described in the enclosed notice. The charges that make the property eligible for foreclosure are unpaid property taxes and/or water and wastewater charges and/or related property charges.

As provided by law, the ownership of said property may in due course pass to the City of New York or to a third party, unless you pay the taxes and/or charges, or enter into an installment agreement(s) for payment of such taxes and/or charges, or interpose an answer in the in rem foreclosure action.

Please carefully read the enclosed Notice of Foreclosure, which contains important information including deadlines to redeem the property and/or interpose an answer in the action.

For further information contact any of the Borough Payment Centers listed on the reverse side of this notice, or call DOF Customer Assistance at (212) 440-5408.

For information regarding unpaid water and wastewater charges, please call Department of Environmental Protection (DEP) Customer Service at (718) 595-7000.

**PLEASE PRESENT THIS NOTICE WHEN MAKING INQUIRIES**

---

PLEASE RETURN A COPY OF THIS NOTICE WITH YOUR RESPONSE (FOLD HERE -- DO NOT DETACH)
MAKE SURE THE RETURN ADDRESS APPEARS IN THE ENVELOPE WINDOW.

**NOTICE NO:** 041299615071602
**PROPERTY ADDRESS**
373 ROCKAWAY PARKWAY

| BOROUGH | BLOCK | LOT |
|---|---|---|
| BROOKLYN | 4672 | 56 |

**CASE NO:** 15939938 S

**Did Your Mailing Address Change?**
If so, please visit us at nyc.gov/changemailingaddress
or call (212) 440-5408

NYC DEPARTMENT OF FINANCE
CENTRAL IN REM
66 JOHN STREET
NEW YORK, NY 10038

923.02
063
777

------------- INFORMATION -------------

Internet Access: Quick and direct access to current property tax balance and payment information is available online at nyc.gov/propertytaxes. Log on to view a property's Statement of Account, the tentative and final assessment rolls, and to download or request forms, applications, tax history reports, Senior Citizen Rent Increase Exemption (SCRIE) credits, and other customer service information.

In Rem Tax Foreclosure: The City of New York may proceed with in rem tax foreclosure for Tax Class 1 properties, Tax Class 2 properties that are residential condominium units or residential cooperative buildings, and multiple dwellings owned by companies organized under Article XI of the New York State Private Housing Finance Law when the tax liens derived from unpaid property taxes and/or water and wastewater charges and other real-property related lienable charges are 3 years old or older. All other properties may be subject to in rem tax foreclosure when tax liens are 1 year old or older.

Authorized Payment Agreements: You may be eligible for an installment payment plan. For information on installment agreements for property taxes, log on to DOF's website at nyc.gov/propertytaxes, call DOF Customer Assistance at (212) 440-5408, or visit one of the borough offices listed below. For information on installment agreements for water and wastewater charges, log on to DEP's website at nyc.gov/dep or call DEP Customer Service at (718) 595-7000.

------------- PAYMENT INFORMATION -------------

**All payments in response to this notice may be made payable to and directed to:**

NYC DEPARTMENT OF FINANCE
CENTRAL IN REM
66 JOHN STREET
NEW YORK, NY 10038

Please write your Borough, Block, Lot Number, Account Type and Account ID (if applicable) clearly on the face of your check.

A SERVICE FEE OF $20 WILL BE CHARGED FOR EACH DISHONORED CHECK.

**Please remember to retain your cancelled check as proof of payment. Do not send cash in the mail.**

You can pay the real property tax portion of this bill using e-checking, electronic funds transfer (EFT), or a credit or debit card through the DOF's website at nyc.gov/propertytaxes. Payments for water and wastewater charges can be made through DEP's website at nyc.gov/dep.

Payments may also be made at any office listed below.

For questions regarding the status of your property tax account or billing discrepancies (including previous payments), you can call DOF Customer Assistance at (212) 440-5408. For questions regarding water and wastewater charges, please call DEP Customer Service at (718) 595-7000.

------------- PAYMENT LOCATIONS AND GENERAL INFORMATION -------------

**Open Monday - Friday**
Hours: 8:30 a.m. - 4:30 p.m.

| **Manhattan** | **Bronx** | **Brooklyn** | **Queens** | **Staten Island** |
|---|---|---|---|---|
| 66 John Street | 3030 Third Avenue | 210 Joralemon Street | 144-06 94th Avenue | 350 St. Marks Place |
| 2nd Floor | 2nd Floor | 1st Floor | 1st Floor | 1st Floor |
| New York, NY 10038 | Bronx, NY 10455 | Brooklyn, NY 11201 | Jamaica, NY 11435 | Staten Island, NY 10301 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------X

In Rem Tax Foreclosure Action No. 53

Borough of Brooklyn

Sections 3, 4, 5, 6, 7, 8, 9, 10, 11, and 13, 14, 15, 16 ,21.

Tax Classes 1 and 2

------------------------------------------------------------X

NOTICE OF FORECLOSURE

INDEX NO. 8700/2015

**PLEASE TAKE NOTICE THAT** on the 14th day of July, 2015, pursuant to Title 11, Chapter 4 of the Administrative Code of the City of New York, the Commissioner of Finance of the City of New York filed with the Clerk of Kings County, a list of parcels affected by unpaid tax liens held and owned by said City of New York, which on the 14th day of July, 2015, had been unpaid for a period of at least one year, or at least three years in the case of Tax Class One and Tax Class Two properties that are residential condominium units or residential cooperative buildings and multiple dwellings owned by companies organized under Article XI of the New York State Private Housing Finance Law, with the consent and approval of the Department of Housing Preservation and Development. Said list contains as to each such parcel (a) a brief description of the property affected by such tax liens, (b) the name of the owner of such property as the same appeared on the annual record of assessed valuation at the time of filing or a statement that the owner is unknown if such be the case, (c) a listing of such tax liens upon such parcels, including those which caused the property to be subject to the foreclosure proceeding and those which accrued thereafter, together with the date or dates from which, and the rate or rates at which, interest and penalties thereon shall be computed.

The filing of this list of delinquent taxes constitutes the commencement by the City of New York of an action in the Supreme Court, Kings County, to foreclose the tax liens therein described by a foreclosure proceeding in rem and this list constitutes a notice of pendency of action and a complaint by the City of New York against each piece or parcel of land therein described to enforce the payment of such tax liens.

Such action is brought against the real property only and is to foreclose the tax liens described in such list. No personal judgment shall be entered herein.

A certified copy of such list of delinquent taxes has been filed in the Brooklyn Business Center of the New York City Department of Finance, 210 Joralemon Street, First Floor, Brooklyn, NY 11201, and will remain open for public inspection up to and including the 6th day of October, 2015, which date is hereby fixed as the last date for redemption.

Any party or entity having or claiming to have an interest in any such parcel and the legal right thereto may on or before said date redeem the same by paying the Commissioner of Finance, at 210 Joralemon Street, First Floor, Brooklyn, NY 11201, or any Borough Business Center, the amount of all such unpaid tax liens thereon and in addition thereto all interest and penalties which are a lien against such real property computed to and including the date of redemption.

And take further notice that during the same period such party or entity may request the Commissioner of Finance to enter into an agreement for installment payments as provided under Sections 11-405 and 11-409 of the Administrative Code.

Every person or entity having any right, title or interest in or lien upon any parcel described on such list of delinquent taxes may serve a duly verified answer upon the Corporation Counsel setting forth in detail the nature and amount of his interest or lien, any defense or objection to the foreclosure and the full name of the answering party. Such answer must be filed in the office of the Clerk of Kings County and served upon the Corporation Counsel at any time after the first date of publication but not later than twenty days after the date above mentioned as the last day for redemption, which shall be October 26th, 2015. In the event of failure to redeem or answer, such person shall be, except as provided in Sections 11-407(c), 11-412.1 and 11-424 of the Administrative Code, forever barred and foreclosed of all his right, title and interest and equity of redemption in and to the parcel described in such list of delinquent taxes and a judgment of foreclosure may be taken in default.

Dated: July 24, 2015

                                              Jacques Jiha, Ph.D.
                                              Commissioner of Finance
                                              City of New York

**Serve all legal papers on:**

Zachary W. Carter
Corporation Counsel
100 Church Street
New York, NY 10007

# UNITED STATES POSTAL SERVICE

**Firm Mailing Book For Accountable Mail**

**Name and Address of Sender**
NYC Department of Finance
66 John Street
New York, NY 10038

**Check type of mail or service**
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

**Affix Stamp Here** (if issued as an international certificate of mailing or for additional copies of this receipt). *Postmark with Date of Receipt.*

[Postmark: SO. HACKENSACK BMEU, JUL 2 2015, USPS 07606]

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 745 7015 0640 0002 9245 3310 9182000745 | 041299515071601 FORBES, DELRITA 1012 WINTHROP ST BROOKLYN NY 11212-1451 | 0.485 | 3.45 | | | | | | | | 1.40 | | | |
| 746 7015 0640 0002 9245 3327 9182000746 | 041299515071602 FORBES DELRITA 1012 WINTHROP ST BROOKLYN NY 11212-1451 | 0.485 | 3.45 | | | | | | | | 1.40 | | | |
| 747 7015 0640 0002 9245 3334 9182000747 | 041299615071601 DORCE, MC CONNELL 373 ROCKAWAY PKWY BROOKLYN NY 11212-3315 | 0.485 | 3.45 | | | | | | | | 1.40 | | | |
| 748 7015 0640 0002 9245 3341 9182000748 | 041299615071602 MCCONNELL DORCE 373 ROCKAWAY PKWY BROOKLYN NY 11212-3315 | 0.485 | 3.45 | | | | | | | | 1.40 | | | |
| 749 7015 0640 0002 9245 3358 9182000749 | 041299715071601 FOYLE, FRANKLYN T 365 E 52ND ST BROOKLYN NY 11203-4470 | 0.485 | 3.45 | | | | | | | | 1.40 | | | |
| 750 7015 0640 0002 9245 3365 9182000750 | 041299715071602 WELLS FARGO BANK/WFRETS MAC-X2502-011 1 HOME CAMPUS DES MOINES IA 50328-0001 | 0.485 | 3.45 | | | | | | | | 1.40 | | | |
| 751 7015 0640 0002 9245 3372 9182000751 | 041299715071603 FOYLE FRANKLYN 874 E 81ST ST BROOKLYN NY 11236-3304 | 0.485 | 3.45 | | | | | | | | 1.40 | | | |
| 752 7015 0640 0002 9245 3389 9182000752 | 041299815071601 LAMOUR, MARYSE 568 MIDWOOD ST BROOKLYN NY 11203-1131 | 0.485 | 3.45 | | | | | | | | 1.40 | | | |

Handwritten annotations right margin: ***, ***, 01, 01, 01, 01, DX, DX

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|
| | | |

PS Form **3877**, April 2015   Page 94
PSN 7530-02-000-9098

**Complete in Ink**

Privacy Notice: For more information on USPS privacy policies, visit *usps.com/privacypolicy*.

 English    Customer Service    USPS Mobile      Register / Sign In

# USPS.COM

# USPS Tracking®

 Customer Service ›
Have questions? We're here to help.

 Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number: 70150640000292453334**



✓ Delivered

Updated Delivery Day: Monday, July 27, 2015

## Product & Tracking Information

**Postal Product:**     **Features:**
Certified Mail™

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 27, 2015, 2:09 pm | Delivered | BROOKLYN, NY 11212 |

Your item was delivered at 2:09 pm on July 27, 2015 in BROOKLYN, NY 11212.

| | | |
|---|---|---|
| July 27, 2015, 9:01 am | Out for Delivery | BROOKLYN, NY 11212 |
| July 27, 2015, 8:51 am | Sorting Complete | BROOKLYN, NY 11212 |
| July 27, 2015, 7:47 am | Arrived at Unit | BROOKLYN, NY 11212 |
| July 26, 2015, 1:53 am | Departed USPS Facility | BROOKLYN, NY 11256 |
| July 25, 2015, 3:24 pm | Arrived at USPS Facility | BROOKLYN, NY 11256 |
| July 24, 2015, 11:54 pm | Departed USPS Facility | TETERBORO, NJ 07699 |
| July 24, 2015, 9:13 pm | Arrived at USPS Facility | TETERBORO, NJ 07699 |

## Track Another Package

**Tracking (or receipt) number**

[                                                                       ] Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



USPS.COM

 English    Customer Service    USPS Mobile    Register / Sign In 

# USPS.COM

# USPS Tracking®

**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.



**Tracking Number: 70150640000292453341**



## Delivered

**Updated Delivery Day: Monday, July 27, 2015**

## Product & Tracking Information

**Postal Product:**    **Features:**
                       Certified Mail™

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 27, 2015, 2:09 pm** | **Delivered** | **BROOKLYN, NY 11212** |

Your item was delivered at 2:09 pm on July 27, 2015 in BROOKLYN, NY 11212

| | | |
|---|---|---|
| July 27, 2015, 9:01 am | Out for Delivery | BROOKLYN, NY 11212 |
| July 27, 2015, 8:51 am | Sorting Complete | BROOKLYN, NY 11212 |
| July 27, 2015, 7:47 am | Arrived at Unit | BROOKLYN, NY 11212 |
| July 26, 2015, 1:53 am | Departed USPS Facility | BROOKLYN, NY 11256 |
| July 25, 2015, 3:24 pm | Arrived at USPS Facility | BROOKLYN, NY 11256 |
| July 24, 2015, 11:54 pm | Departed USPS Facility | TETERBORO, NJ 07699 |
| July 24, 2015, 9:13 pm | Arrived at USPS Facility | TETERBORO, NJ 07699 |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



