# Valli Kane & Vagnini
### Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/19

600 Old Country Road  
St. 519  
Garden City, New York 11530

Tel: 516-203-7180  
Fax: 516-706-0248  
www.vkvlawyers.com

June 26, 2019

**VIA ECF**  
The Honorable Deborah A. Batts, U.S.D.J.  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 2510  
New York, New York 10007

Re:   *Dorce et al. v. City of New York et al,*  
      <u>Case No. 1:19-cv-02216 (DAB)</u>

Dear Judge Batts:

  We represent plaintiffs in the above-captioned action. We write to request an additional extension of time to submit plaintiffs' opposition papers to defendants' instant motion pending before this Court (ECF Dkt Nos 31-36), which papers are due this coming Friday, June 28, 2019, for the following reasons: Our firm has been notified by the law firm of Ropes & Gray that the lead plaintiff in the above-referenced class action, Mr. McConnell Dorce, is in discussions with Ropes & Gray to have such firm appear and participate in this action as co-counsel. At this time, the nature and scope of such representation is unclear to the undersigned. However, both firms have opened discussions towards that end.

  The additional reason for this request is that Mr. Dorce is no longer communicating with our firm directly. The result of this activity is that our firm is not in in position at this time to submit the opposition papers that are due this Friday, June 28, 2019, on plaintiffs' behalf. Consequently, we contacted defendants' counsel -- Andrea Feller, Esq. of the New York City Law Department -- to request her consent to an additional three-week extension of time to resolve the representation issues and submit plaintiffs' opposition papers.

  Defendants' counsel has consented to plaintiffs' request to extend the submission date for plaintiffs' opposition to July 18, 2019. Relatedly, our firm has also consented to defendants' request for a reciprocal extension of time to submit their reply papers, to September 6, 2019. Thus, we respectfully request that this Court grant the parties the extension of time to submit their respective papers in accordance with the agreement between counsels.

Hon. Deborah A. Batts, U.S.D.J.
June 26, 2019
Page 2

      This is our firm's second request for an extension. Pursuant to Your Honor's individual practices, the original date for plaintiffs' time to serve opposition to the motion was May 29, 2019, and defendants consented to an extension to June 28, 2019.

      Accordingly, we respectfully request that the Court endorse or so-order our letter request (July 18, 2019 for plaintiff's opposition papers, and September 6, 2019 for defendants' reply papers to defendants' pre-answer motion to dismiss ([ECF Dkt Nos 31-36]).

GRANTED
/s/DAB
6/27/19

Respectfully submitted,

Matthew L. Berman, Esq.

cc:    All counsel of record, via ECF and via email.

SO ORDERED:

Deborah A. Batts
United States District Judge

6/27/2019