UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MCCONNELL DORCE, CECILIA JONES, and
SHERLIVIA THOMAS-MURCHISON, individually
and on behalf of all others similarly situated,

                                 Plaintiffs,

                 -against-

CITY OF NEW YORK, NEIGHBORHOOD RESTORE
HOUSING DEVELOPMENT FUND CORPORATION
CO., INC., BSDC KINGS COVENANT HOUSING
DEVELOPMENT FUND COMPANY, INC., MARIA
TORRES-SPRINGER (Commissioner of the New York
City Department of Housing Preservation and
Development); JOHN DOE #1 TO # 10, and JANE DOE
#1 TO # 10,

                              Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

No. 19-CV-02216 (DAB)

To:     The clerk of court and all parties of record

        I, Kent Langloss, Assistant Corporation Counsel, am admitted to practice in this court,

and I appear in the above-captioned action as counsel for Defendant the City of New York.

Dated:     New York, New York
             December 18, 2019

                                   JAMES E. JOHNSON
                                   Corporation Counsel of the City of New York
                                   Attorney for Defendant City of New York
                                   100 Church Street, Room 3-231
                                   New York, New York 10007
                                   Tel: 212-356-2364
                                   Fax: 212-356-2049
                                   Klanglos@law.nyc.gov

                 By:           _____
                                   Kent Langloss
                                   Assistant Corporation Counsel

CC: ALL COUNSEL VIA PACER