**EXHIBIT A**

## Langloss, Kent (LAW)

| | |
|---|---|
| **From:** | Feller, Andrea (Law) |
| **Sent:** | Thursday, November 14, 2019 11:07 AM |
| **To:** | 'Matthew Berman'; Brian Markowitz |
| **Cc:** | Adler, Michael (Law); Matthew Trauner; Mtrauner@milbermakris.Com; Robert J. Valli, Jr; Ryan Thompson; Simkin, Alexander; Weiner, Gregg; Wofford, Keith H.; Yolande Nicholson; Langloss, Kent (LAW) |
| **Subject:** | RE: Dorce v. City of New York, Civil Action No. 1:19-cv-02216-DAB |

Matthew, et al., Kent and I can be available for the conference you propose by telephone on Nov. 21, 22 or 26, at various times depending on everyone's availability.

Please note that our participation is not a waiver of the City's claim of lack of subject matter jurisdiction nor the relevance or propriety of your proposed discovery nor that discovery is appropriate or proper at this juncture. Additionally, we note that we are proceeding on your representation that the document requests and interrogatories have not been "served" and that you mailed and emailed courtesy copies only.

Please include my colleague Kent Langloss, copied here, in future emails.


Andrea B. Feller, Senior Counsel
New York City Law Department
100 Church Street, Room 3-250
New York, NY 10007
212-356-2565

**From:** Matthew Berman [mailto:mberman@vkvlawyers.com]
**Sent:** Friday, November 08, 2019 2:49 PM
**To:** Brian Markowitz
**Cc:** Feller, Andrea (Law); Adler, Michael (Law); Matthew Trauner; Mtrauner@milbermakris.Com; Robert J. Valli, Jr; Ryan Thompson; Simkin, Alexander; Weiner, Gregg; Wofford, Keith H.; Yolande Nicholson
**Subject:** Re: Dorce v. City of New York, Civil Action No. 1:19-cv-02216-DAB

Counselor,

Pendency of a MTD doesn't generally excuse parties from participation in the FRCP 26(f) conference, and the discovery requests were provided (as contrasted with "served") in order to have meaningful discussions therein. Please let us know your availability for the discovery conference as we requested.

Thank you.


On Fri, Nov 8, 2019 at 2:40 PM Brian Markowitz <bmarkowitz@goldsteinhall.com> wrote:

Counselor, given the pendency of the Motions to dismiss which challenge the very jurisdiction of the Court in this case, your discovery requests are hereby rejected at the present time by the TPT Defendants.

1



**Brian J. Markowitz**

Goldstein Hall PLLC

80 Broad Street, Suite 303

New York, NY 10004

D: 646.768.4127

O: 646.768.4100

F: 646.219.2450

E: bmarkowitz@goldsteinhall.com

W: www.goldsteinhall.com



🖶 please consider the environment before printing this email.

CONFIDENTIALITY: This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer.

**From:** Simkin, Alexander <Alexander.Simkin@ropesgray.com>
**Sent:** Friday, November 8, 2019 2:28 PM
**To:** Afeller@law.Nyc.Gov; Madler@law.Nyc.Gov; Brian Markowitz <bmarkowitz@goldsteinhall.com>; Mtrauner@milbermakris.Com
**Cc:** Wofford, Keith H. <Keith.Wofford@ropesgray.com>; Weiner, Gregg <Gregg.Weiner@ropesgray.com>; Matthew Berman <mberman@vkvlawyers.com>; Robert J. Valli, Jr <rvalli@vkvlawyers.com>; Yolande Nicholson <attorneynicholson@gmail.com>
**Subject:** Dorce v. City of New York, Civil Action No. 1:19-cv-02216-DAB

Counsel,

Attached please find copies of the following documents, which have also been sent to you by U.S. Mail.

1. Plaintiffs' First Set of Requests for Production of Documents by Municipal Defendants

1. Plaintiffs' First Set of Requests for Production of Documents by TPT Defendants
2. Plaintiff Dorce's First Set of Interrogatories to Municipal Defendants
3. Plaintiff Dorce's First Set of Interrogatories to TPT Defendants

We would also like to schedule the Rule 26(f) conference. Can you provide us with some times next week when you are available?

**Alexander B. Simkin**
**ROPES & GRAY LLP**
T +1 212 596 9744
1211 Avenue of the Americas
New York, NY 10036-8704
Alexander.Simkin@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

--

*Sincerely,*

*Matthew L. Berman*
**Valli Kane & Vagnini LLP**
**600 Old Country Road, Suite 519**
**Garden City, New York 11530**
Telephone: 516-203-7180
Fax: 516-706-0248
http://www.vkvlawyers.com

My LinkedIn Profile

CONFIDENTIALITY NOTICE
This e-mail is intended only for the use of the addressee (s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are

hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)