UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Dorce, et al.,

        Plaintiffs,      19 Civ. 2216 (DAB)
                                           ORDER

    v.

City of New York, et al.,

        Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of correspondence from the Parties, dated December 18, December 23, December 24, and December 27 regarding discovery.

It is the practice of this Court that court-ordered discovery shall not commence until after the disposition of any motions to dismiss. This is a prudent and efficient use of time and effort. However, to the extent that the Parties are willing to proceed among themselves with discovery voluntarily, they may do so at any time.

SO ORDERED.

DATED:   January 10, 2020
          New York, New York

_____
Deborah A. Batts
United States District Judge