**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MCCONNELL DORCE, ET AL.,

                Plaintiffs,

  -against-                         19 **CIVIL** 2216 (JGK)

**JUDGMENT**

CITY OF NEW YORK, ET AL.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 16, 2020, the Court has considered all of the arguments raised by the parties; to the extent not specifically addressed, the arguments are either moot or without merit; the defendants' motions to dismiss are granted, and the case is dismissed without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

     May 19, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                        **Clerk of Court**
                                  **BY:**
                                                         **Deputy Clerk**