**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MCCONNELL DORCE, CECILIA JONES, and SHERLIVIA THOMAS MURCHINSON, individually and on behalf of all others similarly situated,

                      Plaintiffs,

    v.

CITY OF NEW YORK, NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CO. INC., BSDC KINGS COVENANT HOUSING DEVELOPMENT FUND COMPANY, INC., MARIA TORRES-SPRINGER (Commissioner of the New York City Department of Housing Preservation and Development); JOHN DOE #1 to #10, and JANE DOE #1 to #10,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No. 1:19-cv-02216-JGK

**PLAINTIFFS MCCONNELL DORCE'S, CECILIA JONES'S, AND SHERLIVIA THOMAS-MURCHISON'S NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiffs McConnell Dorce, Cecilia Jones, and Sherlivia Thomas-Murchison,[1] individually and on behalf of all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order dated May 16, 2020 (ECF No. 64) (the "Order") and Entry of Judgment in favor of Defendants entered on May 19, 2020 (ECF No. 66) (the "Judgment"). The Order and Judgment granted Defendants' motions to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) without prejudice. Because the Order and Judgment dismisses Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), this appeal qualifies for placement on the Expedited Appeals Calendar. *See* Local Rule 31.2(b)(1)(A). This appeal is taken from each and every part of the Judgment and Order, and all other opinions and orders that merged into the final Judgment.

---

[1] The caption inadvertently misspells Ms. Thomas-Murchison's last name.

Dated: June 11, 2020
New York, New York

                                      Respectfully submitted,

**VALLI KANE & VAGNINI LLP**           **ROPES & GRAY LLP**

By: [signature]                               By: /s/ Keith H. Wofford

Matthew L. Berman                       Keith H. Wofford
Robert J. Valli, Jr.                          Gregg L. Weiner
Yolande I. Nicholson, *Co-Counsel*       Alexander B. Simkin
600 Old Country Road                   1211 Avenue of the Americas
Garden City, New York 11530         New York, New York 10036
Tel: (516) 203-7180                       Tel: (212) 596-9000
Fax: (516) 706-0248                     Fax: (212) 596-9090

*Attorneys for Plaintiffs*                   *Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*

**CERTIFICATE OF SERVICE**

I, Keith H. Wofford, hereby certify that on June 11, 2020, I caused a true and correct copy of the foregoing NOTICE OF APPEAL to be served electronically via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned action.

/s/ Keith H. Wofford
Keith H. Wofford, Esq.