UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MCCONNELL DORCE, ET AL.,

        Plaintiffs,

- against -

CITY OF NEW YORK, ET AL.,

        Defendants.

19-cv-2216 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 28, 2021.

SO ORDERED.

Dated:    New York, New York
           July 22, 2021

                              _____
                                    John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-22-21