```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MCCONNELL DORCE ET AL.,

                Plaintiffs,

   - against -

CITY OF NEW YORK ET AL.,

                Defendants.

19-cv-2216 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As stated at the conference held today, the Court sets the following schedule. The plaintiffs shall file an amended complaint by **September 15, 2021**. The defendants must file any motion to dismiss the amended complaint by **October 29, 2021**. The plaintiffs' response shall be filed by **November 23, 2021**. The defendants' reply shall be filed by **December 14, 2021**.

    All currently outstanding discovery requests are stricken. New discovery requests may be served no earlier than **September 15, 2021**. All discovery requests must be reasonable and proportional to the needs of the case. See Fed. R. Civ. P. 26(b)(1).

    This case is no longer stayed.

    **SO ORDERED.**

Dated:   New York, New York
          August 6, 2021

                                         John G. Koeltl
                                   United States District Judge