UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 2216 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, November 12, 2021, the Court orders as follows:

1. By **December 1, 2021**, Plaintiffs shall provide Defendants with a preliminary settlement proposal;

2. By **December 15, 2021**, Defendants shall advise Plaintiffs whether, based on Plaintiffs' proposal, they believe a settlement conference would be productive at this time; and

3. By **December 17, 2021**, the parties shall file a joint letter (i) advising the Court whether they wish to participate in a settlement conference and, if so, (ii) proposing dates and indicating their preferred format for the conference (<u>i.e.</u>, by telephone, videoconference, or, if circumstances allow, in person). If the parties prefer a videoconference, they should also advise whether counsel will host the conference (and, if so, indicate the platform) or if they prefer that the Court host the conference on its Microsoft Teams platform.

Dated:     New York, New York
             November 12, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**