

**THE CITY OF NEW YORK**

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ANDREA B. FELLER**<br>Senior Counsel<br>Commercial and Real Estate Litigation Division<br>Afeller@law.nyc.gov |

> The City's request (ECF No. 135) to adjourn the telephone conference scheduled for March 2, 2022 is GRANTED, and the conference is ADJOURNED to T**uesday, March 15, 2022 at 3:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  By **March 8, 2022**, the parties shall submit their proposed case management plan.
>
> The Clerk of Court is respectfully directed to close ECF No. 135.
>
> SO ORDERED     2/3/20222
>
> *SARAH L. CAVE*
> United States Magistrate Judge

**VIA ECF**
Hon. Sara L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re:   *McConnell Dorce v. City of New York, et al.*
         1:19-cv-02216 (DAB)

Dear Judge Cave:

We represent the City of New York ("City") in the above-captioned action. I am writing to request an adjournment of the discovery conference now scheduled for March 2, 2022, due to a conflicting engagement, specifically, a deposition in another case previously scheduled for the same time. This is the first request for an adjournment.

All counsel have been consulted and all agree to the following possible times for the conference, at the Court's convenience:

March 9   Any time after 9:30 am
March 14  Between 12:30 pm and 3 pm
March 15  Any time except between 2 pm and 2:30 pm
March 17  Any time after 10 am

Thank you for your consideration of this matter.

Respectfully,
s/Andrea B. Feller