UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| McCONNELL DORCE, et al.,<br><br>       Plaintiffs,<br>   -v-<br><br>CITY OF NEW YORK, et al.,<br><br>       Defendants. | CIVIL ACTION NO.: 19 Civ. 2216 (JGK) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, May 3, 2022, the Court orders as follows:

1. The parties shall continue to promptly serve their initial document productions, as discussed during the conference. Plaintiffs represented that they expect to substantially complete their document production by the end of May 2022. Defendants The City of New York, Louise Carroll, and Sherif Soliman (the "City Defendants") represented that the expect to begin their production within the next four weeks. Defendants Neighborhood Restore Housing Development Fund Corporation ("Neighborhood Restore") and BSDC Kings Covenant Housing Development Fund Company, Inc. ("BSDC") (Neighborhood Restore and BSDC together, the "Transferee Defendants") shall produce documents in accordance with paragraph four below;

2. Plaintiffs and the City Defendants shall meet and confer to resolve any issues relating to document custodians and search terms and, if necessary, promptly raise any disputes with the Court in accordance with Judge Cave's Individual Practices;

3. By **May 9, 2022**, Defendants Neighborhood Restore and BSDC shall serve verifications with respect to their responses to Plaintiffs' interrogatories;

4. By **May 17, 2022**, the Transferee Defendants shall produce:

    a. A list of properties TPT Defendants have received through the TPT Program;

    b. Appraisals or documents concerning the values of properties TPT Defendants received through the TPT Program;

    c. Documents showing the rent, fees, or other income TPT Defendants charged and/or received in connection with each property received through the TPT Program; and

    d. Written policies and procedures concerning TPT Defendants' involvement in the TPT Program;

5. By **May 17, 2022,** the Transferee Defendants shall notify Plaintiffs whether they will voluntarily produce a list of BSDC's affiliates that own or previously owned properties seized through the TPT Program.  If the Transferee Defendants decline to produce the list, Plaintiffs may serve an interrogatory seeking that information; and

6. A telephone conference is scheduled for **Thursday, June 16, 2022 at 4:00 pm**.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
           May 3, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**