UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                    Plaintiffs,

-v-                                          CIVIL ACTION NO.: 19 Civ. 2216 (JGK) (SLC)

CITY OF NEW YORK, et al.,                   **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of two letters filed by Plaintiffs at ECF Nos. 153 and 154, seeking orders compelling discovery from the Municipal Defendants and the Transferee Defendants respectively (the "Letters"). The Court will discuss the issues raised in the Letters at the June 16, 2022 telephone conference. Per the Court's Individual Practices, the Municipal and Transferee Defendants shall respond to the respective Letters by **June 10, 2022**.

Dated:        New York, New York
                June 8, 2022

                                                  SO ORDERED.

                                                  _/s/ Sarah L. Cave_
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**