UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                    Plaintiffs,

  -v-

                                               CIVIL ACTION NO.: 19 Civ. 2216 (JGK) (SLC)

CITY OF NEW YORK, et al.,                               **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court's June 16, 2022 Order (ECF No. 160) is amended as follows:

1. The Letter (see ECF No. 160 ¶ 1.b.v) shall be filed by **June 24, 2022**; and

2. All other terms of the June 16, 2022 Order remain in effect.

Dated:      New York, New York
             June 17, 2022

                                                   SO ORDERED.

                                                   _____
                                                   SARAH L. CAVE
                                                   **United States Magistrate Judge**