UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                    Plaintiffs,

  -v-

                               CIVIL ACTION NO.: 19 Civ. 2216 (JGK) (SLC)

CITY OF NEW YORK, et al.,                         **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

By **July 8, 2022**, the parties shall file a joint letter (the "Letter") regarding the status of their ability to agree on the search terms to be used for the review of emails collected from the Department of Finance ("DOF") custodians. In the Letter, the City Defendants shall also provide an update on the status of the collection and review of documents from the DOF and Housing Preservation and Development custodians, and a projected timeframe for completion.

In addition, the parties are directed to promptly consider whether, in light of the Court's Opinion and Order on Defendants' motions to dismiss (ECF No. 166), they wish to re-visit the topic of settlement. In the Letter, each party shall state its position on whether a settlement conference with the Court would be productive at this time.

Dated:     New York, New York
             June 27, 2022

                                             SO ORDERED.

                                             _/s/ Sarah L. Cave_
                                             **SARAH L. CAVE**
                                             **United States Magistrate Judge**