UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MCCONNELL DORCE ET AL.,
                Plaintiffs,

      - against -

CITY OF NEW YORK ET AL.,
                Defendants.

19-cv-2216 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants should file an answer to the plaintiffs' Amended Complaint by **July 18, 2022**.

SO ORDERED.

Dated:    New York, New York
            June 27, 2022

                                        John G. Koeltl
                            United States District Judge