UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                          Plaintiffs,

  -v-                                          CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                        **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On December 13, 2022, Plaintiffs filed a letter-motion under Fed. R. Civ. P. 12(f) to "strike Municipal Defendants' Eighth Affirmative Defense . . . with prejudice." (ECF No. 229 (the "Motion")). On December 14, 2022, the Honorable Jennifer L. Rochon referred the Motion for a report and recommendation. (ECF No. 230).

Under the Court's Local Rules, the Municipal Defendants' deadline to oppose the Motion was December 27, 2022. See S.D.N.Y. Loc. R. 6.1(b). To date, the Municipal Defendants have neither opposed the Motion nor requested an extension of time to do so. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the Municipal Defendants to file their opposition, if any, by **January 4, 2023**. Plaintiffs may file a reply, if any by **January 9, 2023**.

Dated:      New York, New York
              December 29, 2022

                                                   SO ORDERED.

                                                   SARAH L. CAVE
                                                   **United States Magistrate Judge**