

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

March 29, 2023

Leon Kotlyar
T +1 212 596 9217
leon.kotlyar@ropesgray.com

**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> By **Thursday, April 13, 2023**, the parties shall file a joint letter, not exceeding three pages, reporting on the status of document discovery and by the same date, the Transferee Defendants shall have served their privilege log(s).
>
> SO ORDERED 03/30/23
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Dorce, et al. v. City of New York, et al.*, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

Plaintiffs, Municipal Defendants,[1] and Transferee Defendants[2] write pursuant to this Court's March 22, 2023 Order (ECF No. 246) to report on the status of document discovery. The parties respectfully suggest that they submit a joint letter in two weeks' time on the status of document discovery.

*Plaintiffs separately request that the Court set April 7, 2023 as the deadline for Transferee Defendants to provide their privilege log*.

**Municipal Defendants' Productions**

Municipal Defendants' Statement:

On February 28, the parties held a meet-and-confer during which they discussed Plaintiffs' request for documents "concerning" a TPT Working Group. MDs agreed that, subject to their continuing objection to searching for and producing additional documents concerning the TPT working group, they would run search terms if Plaintiffs proposed them. On March 3, Plaintiff sent proposed search terms. On March 7, MDs provided hit reports for Plaintiffs' proposed search terms and explained that the search terms were overbroad and that they continued to object to the request

---

[1] "Municipal Defendants" refers to defendants the City of New York (the "City"), Louise Carroll, former Commissioner of the City's Department of Housing Preservation and Development ("HPD"), and Sherif Soliman, former Commissioner of the City's Department of Finance ("DOF").

[2] "Transferee Defendants" are BSDC Kings Covenant Housing Development Fund Company, Inc. ("BSDC") and Neighborhood Restore Housing Development Fund Corp. ("Neighborhood Restore").

ROPES & GRAY LLP

Hon. Sarah L. Cave - 2 - March 29, 2023

but that, if Plaintiffs proposed narrower terms, they would consider whether a proportional review and production could be made employing such terms.

On March 15, Plaintiffs proposed revised search terms. On March 23, MDs provided Plaintiffs with a hit report for the revised terms and explained that the search terms continued to return a disproportionately large number of documents for a request of this nature. MDs advised that they are working to see if they can develop a counter-proposal that would result in a more proportional review.

Plaintiffs' Statement:

Plaintiffs await Municipal Defendants' counter-proposal regarding the above.

**Transferee Defendants' Productions**

Transferee Defendants' Statement:

Non-Municipal Defendants are finalizing the review of disclosure of the privilege log requested by Plaintiffs. This is due to be completed in the first week of April.

Plaintiffs' Statement:

In response to the above, Plaintiffs emailed Transferee Defendants to clarify whether they will provide their privilege log by April 7, 2023 and whether they will be producing any documents that they inadvertently withheld as privileged at that time. As of this filing, Transferee Defendants have not responded to these questions. Nor have they responded to Plaintiffs' question via email on March 9, 22, and 28 for the number of documents that Transferee Defendants are reviewing for privilege.

In light of Transferee Defendants' contemplated timetable, Plaintiffs respectfully request that the Court so order April 7, 2023 as the deadline for Transferee Defendants to provide their privilege log.

ROPES & GRAY LLP

Hon. Sarah L. Cave                                                                                                   March 29, 2023

Respectfully submitted,

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| **ROPES & GRAY LLP** | **OFFICE OF THE CORPORATION COUNSEL** |
| By: */s/ Leon Kotlyar* <br> Gregg L. Weiner <br> Alexander B. Simkin <br> Leon Kotlyar <br> Phillip G. Kraft <br> 1211 Avenue of the Americas <br> New York, NY 10036 <br> (212) 596-9000 | By: */s/ Rachel B. Kane* <br> Andrea B. Feller <br> Rachel B. Kane <br> 100 Church Street <br> New York, NY 10007 <br><br> *Attorneys for the Municipal Defendants* |
| Daniel A. Yanofsky (admitted *pro hac vice*) <br> Prudential Tower <br> 800 Boylston Street <br> Boston, MA 02199-3600 <br> (617) 508-4600 | **GOLDSTEIN HALL PLLC** <br><br> By: */s/ David Goldstein* <br> David Goldstein <br> 80 Broad Street, Suite 303 <br> New York, NY 10004 <br> (646) 768-4101 |
| *Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison* | *Counsel for Defendants Neighborhood Restore Housing Development Fund and BSDC Kings Covenant Housing Development Fund Co.* |
| **WHITE & CASE LLP** | |
| By: */s/ Keith H. Wofford* <br> Keith H. Wofford <br> 1221 Avenue of the Americas <br> New York, NY 10020-1095 <br> (212) 819-7595 | cc:   Counsel of Record (via ECF) |
| *Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison* | |
| **VALLI KANE & VAGNINI LLP** | |
| By: */s/ Matthew L. Berman* <br> Matthew L. Berman <br> Robert J. Valli, Jr. <br> Yolande I. Nicholson, Esq. *Co-Counsel* <br> 600 Old Country Road <br> Garden City, NY 11530 <br> (516) 203-7180 | |
| *Attorneys for Plaintiffs* | |