

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**RACHEL B. KANE**
Senior Counsel
Commercial and Real Estate Litigation
phone: (212) 356-2538
email: rakane@law.nyc.gov

April 20, 2023

**<u>VIA ECF</u>**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *McConnell Dorce v. City of New York, et al.,* 1:19-cv-02216 (JLR)(SLC)

Dear Judge Rochon:

We are counsel for Defendants, the City of New York, Louise Carroll, [former] Commissioner of the New York City Department of Housing Preservation and Development, and Sherif Soliman, [former] Commissioner of the New York City Department of Finance (together "Municipal Defendants"). Municipal Defendants intend to file a response to the letter-motion filed by Plaintiffs on April 18, 2023 (ECF No. 252) and request leave to file a responsive letter on or before April 27, 2023.

Respectfully,

By: */s Rachel B. Kane*
Andrea B. Feller
Rachel B. Kane
New York City Law Department
100 Church Street
New York, New York 10007
*Attorneys for the Municipal Defendants*