UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                          Plaintiffs,

  -v-

                                                    CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                             **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, July 18, 2023, the Court orders as follows:

1. The parties shall continue to meet and confer over the next three weeks regarding the disputes raised in their letter at ECF No. 277 (the "Disputes"). Defendants are encouraged to make supplemental document productions or provide revised privileged logs during that time.

2. By **August 15, 2023**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of their ability to resolve the Disputes.

Dated:      New York, New York
              July 18, 2023

                                                  SO ORDERED.

                                                  */s/ Sarah L. Cave*
                                                  **SARAH L. CAVE**
                                                  **United States Magistrate Judge**