UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MCCONNELL DORCE; CECILIA JONES, and SHERLIVIA THOMAS-MURCHISNON, individually and on behalf of all others similarly situated,

      Plaintiffs,

-against-

CITY OF NEW YORK; et al.,

      Defendants.

Case No. 1: 19-cv-02216 (JLR) (SLC)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of letters from the parties addressing Defendants' request that Plaintiffs be precluded from filing serial motions for class certification. ECF Nos. 284-285. The Court thanks the parties for their additional submissions and the authority provided. Given that Plaintiffs have not yet filed any motions for class certification, let alone more than one, the Court agrees with Plaintiffs that this issue is not ripe for determination at this time.

Dated: July 21, 2023
   New York, New York

                SO ORDERED.

                _____
                JENNIFER L. ROCHON
                United States District Judge