UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                     Plaintiffs,

   -v-

                     CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                **ORDER**

                     Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held August 29, 2023 (the "Conference") regarding the issues raised in the parties' letter at ECF No. 288 (the "Issues"), the Court orders as follows:

1. By **September 8, 2023**, the Transferee Defendants[1] shall serve a response to Plaintiffs' June 29, 2023 letter (ECF No. 277-2) regarding alleged deficiencies in the Transferee Defendants' privilege log (the "Privilege Log") and document production.

2. By **September 19, 2023**, the Transferee Defendants shall complete their review of Plaintiff's challenges to the Privilege Log, produce any documents as to which privilege assertions are withdrawn, and serve a revised privilege log.

3. By **October 6, 2023**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of the Issues.

4. The briefing of Plaintiffs' letter-motion (the "Motion") regarding Defendants' assertion of the deliberative process privilege shall proceed as follows:

---

[1] The Transferee Defendants are Defendants Neighborhood Restore Housing Development Fund Corporation and BSDC Kings Covenant Housing Development Fund Company, Inc.

    a. By **September 8, 2023**, Plaintiffs shall file the Motion, by letter no longer than five (5) pages.

    b. By **September 29, 2023**, the Municipal Defendants[2] and the Transferee Defendants shall file their opposition(s) to the Motion, by letter(s) no longer than five (5) pages.

    c. By **October 13, 2023**, Plaintiffs shall file their reply, if any, by letter no longer than three (3) pages.

5. The parties shall promptly meet and confer to select a total of ten (10) exemplar documents as to which Defendants have asserted deliberative process privilege (the "Exemplars") and, by **September 8, 2023**, Plaintiffs shall submit the Exemplars to the Court for <u>in camera</u> review. The Court will email the parties with instructions for submitting the Exemplars through the Court's file-share system.

6. The parties shall promptly order a transcript of the Conference.

Dated:    New York, New York
               August 30, 2023

SO ORDERED.

*[signature: Sarah Cave]*

**SARAH L. CAVE**
**United States Magistrate Judge**

---

[2] The Municipal Defendants are Defendants The City of New York, Louise Carroll, and Sherif Soliman.