September 8, 2023


**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Dorce, et al. v. City of New York, et al.*, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

We write on behalf of Plaintiffs and Municipal Defendants regarding Plaintiffs' forthcoming letter-motion to compel ("Motion"), which will be filed today.  Plaintiffs' Motion challenges Defendants' withholding of documents under assertions of deliberative process privilege.  In the Court's August 30, 2023 Order (ECF No. 290), the Court directed the parties to meet and confer to select ten exemplar documents as to which Defendants have asserted deliberative process privilege (the "Exemplars"), and directed that Plaintiffs submit the Exemplars to the Court for *in camera* review by September 8, 2023.

Plaintiffs and Municipal Defendants have agreed to a set of nine Exemplars to submit for the Court's review, and Plaintiffs have proposed one Exemplar from Transferee Defendants.  We write to raise three issues for the Court.  *First*, because Plaintiffs do not have access to the Exemplars, Municipal Defendants will submit their Exemplars via the file share link provided by the Court.  *Second*, Municipal Defendants were advised by their vendor that the processing of the documents will not be finished today, as Plaintiffs and Municipal Defendants finalized their agreement as to Municipal Defendants' Exemplars this morning.  Municipal Defendants expect to submit the documents by no later than Monday, September 11.  *Third*, Plaintiffs have asked Transferee Defendants to submit the one Exemplar from their privilege log that Plaintiffs identified for inclusion on September 5, 2023, and understand that Transferee Defendants are refusing to do so on the basis that they are now (as of 4:04pm this afternoon) contending the document is non-responsive.

Hon. Sarah L. Cave                                                     September 8, 2023

Respectfully submitted,

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|

**ROPES & GRAY LLP**

**OFFICE OF THE CORPORATION COUNSEL**

By: */s/ Gregg L. Weiner*
Gregg L. Weiner
Alexander B. Simkin
Leon Kotlyar
Phillip G. Kraft
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

By: */s/ Andrea B. Feller*
Andrea B. Feller
100 Church Street
New York, NY 10007

*Attorneys for the Municipal Defendants*

Daniel A. Yanofsky (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 508-4600

cc:      Counsel of Record (via ECF)

*Attorneys for Plaintiffs McConnell Dorce and
Sherlivia Thomas-Murchison*

**WHITE & CASE LLP**

By: */s/ Keith H. Wofford*
Keith H. Wofford
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

*Attorneys for Plaintiffs McConnell Dorce and
Sherlivia Thomas-Murchison*

**VALLI KANE & VAGNINI LLP**

By: *Matthew L. Berman*
Matthew L. Berman
Robert J. Valli, Jr.
Yolande I. Nicholson, Esq. *Co-Counsel*
600 Old Country Road
Garden City, NY 11530
(516) 203-7180

*Attorneys for Plaintiffs McConnell Dorce, Cecelia
Jones, and Sherlivia Thomas-Murchison*