UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                      Plaintiffs,

-v-

                      CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,

                      **ORDER**

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference (the "Conference") held today, November 22, 2023, the Court orders:

1. By **December 1, 2023**, Plaintiffs shall file their letter-motion, by letter no longer than five (5) pages, challenging the City Defendants' clawback demand concerning the document at ECF No. 296-4 (the "Motion").

2. By **December 15, 2023**, the City Defendants shall file their opposition to the Motion, by letter no longer than five (5) pages.

3. By **December 20, 2023**, the parties shall file their joint proposed schedule for the completion of fact-witness depositions and expert discovery. If the parties are unable to agree, they may each file their competing proposals without argument.

4. A telephone status conference is scheduled for **Wednesday, January 3, 2024 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

5. By **November 27, 2023**, the parties shall order a transcript of the Conference.

Dated:   New York, New York
         November 22, 2023

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**