UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                    Plaintiffs,

-v-                                      CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                    **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Plaintiffs' letter-motion for "an order rejecting Municipal Defendants' attempt to claw back a document (the 'Document') that they previously produced to Plaintiffs[,]" and directing the Municipal Defendants to produce the Document without redaction. (ECF No. 311 (the "Motion")). To permit a ruling on the Motion, the Court orders that, by **January 5, 2024**: (i) Plaintiffs shall submit to the Court for in camera review the thirteen (13) documents referenced in the Motion at footnote three (see ECF No. 311 at 3 n.3); and (ii) the Municipal Defendants shall file the fourteen (14) documents referenced in their opposition to the Motion at footnote three (see ECF No. ECF No. 314 at 5 n. 3). The Court will email Plaintiffs with instructions for submitting the referenced documents through the Court's file-share system.

Dated:      New York, New York
             December 27, 2023

                                                  SO ORDERED.

                                                  **SARAH L. CAVE**
                                                  **United States Magistrate Judge**