UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| McCONNELL DORCE, et al.,<br><br>                          Plaintiffs,<br>  -v-<br><br>CITY OF NEW YORK, et al.,<br><br>                          Defendants. | CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On January 3, 2024, the Court held a conference (the "Conference") and directed the parties to order a transcript (the "Transcript") of the Conference by January 5, 2024. (ECF No. 317). To date, the parties have not ordered the Transcript. Accordingly, the Court directs the parties to order the Transcript by **January 12, 2024**.

Dated:      New York, New York
               January 11, 2024

                                                          SO ORDERED.

                                                          _____
                                                          **SARAH L. CAVE**
                                                          **United States Magistrate Judge**