UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                         Plaintiffs,

  -v-

                         CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,

                         **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The request at ECF No. 322 is GRANTED, and the telephone status conference scheduled for Thursday, March 21, 2024 at 3:30 pm is RESCHEDULED to **the same day at 11:00 am**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to reschedule the March 21, 2024 telephone conference to 11:00 am, and to close ECF No. 322.

Dated:        New York, New York
               March 20, 2024

                                            SO ORDERED.

                                            */s/ Sarah L. Cave*
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**