UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

McCONNELL DORCE, et al.,

                Plaintiffs,

-v-                                   CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                    **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 21, 2024 (the "Conference"), the Court orders as follows:

1. The parties shall continue to meet and confer regarding Plaintiffs' request "to take twenty aggregate depositions." (ECF No. 321 at 2). If the parties are unable to reach an agreement, Plaintiffs may, at the appropriate time and on a showing of good cause, seek leave to exceed the number of depositions permitted in the Initial Case Management Plan ("ICMP"). (See ECF No. 138 at 14). To the extent that Plaintiffs continue to seek additional depositions beyond the ten (10) permitted by the ICMP (Id.), Plaintiffs shall promptly advise Defendants of the names of those witnesses, about which the parties shall meet and confer.

2. At the Conference, the Court declined to impose a categorial in-person or remote requirement for depositions. The parties shall meet and confer regarding the appropriate format for each deposition on a case-by-case basis.

3. By **March 29, 2024**:

    a. The Municipal Defendants shall serve a response to Plaintiffs' February 21, 2024 letter identifying alleged deficiencies with the Municipal Defendants' privilege log (see ECF No. 321-2).

    b. Attorney Brian J. Markowitz shall advise Plaintiffs of the status of the compliance by non-party Mutual Housing Association of New York Management Inc. with Plaintiffs' July 2022 document subpoena.

4. The parties shall promptly meet and confer to schedule all party depositions and, by **April 5, 2024**, file a joint letter confirming that all party depositions have been scheduled.

5. By **March 22, 2024**, the parties shall order a transcript of the Conference.

Dated:   New York, New York
         March 21, 2024

                                            SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**