UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                  Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                  Defendants.

CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' joint letter at ECF No. 334 (the "Letter"), the Court orders that, by **May 31, 2024**:

1. Non-party Mutual Housing Association of New York Management Inc. ("MHANY") shall file a response to the issues raised by Plaintiffs in the Letter (see ECF No. 334 at 3) regarding the July 21, 2022 document subpoena that Plaintiffs served on MHANY (see ECF No. 251-1). If Plaintiffs have not yet served the Letter on MHANY, then by **May 20, 2024**, Plaintiffs shall serve copies of the Letter and this Order on MHANY and file proof of service on the docket.

2. The parties shall file a joint letter, no longer than three (3) pages, reporting on the status of the other issues raised in the Letter, with respect to which the parties shall continue to meet and confer.

Dated:      New York, New York
              May 17, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**