UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                                       Plaintiffs,

        -v-                                                          CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                                           **ORDER**

                                       Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

    Having reviewed the parties' joint letter at ECF No. 338 (the "Letter"), the Court orders as follows:

1. By **June 7, 2024**, Plaintiffs and non-party Mutual Housing Association of New York Management Inc. ("MHANY") shall file a joint letter including the "narrower set of terms" and resulting hit list referenced in the Letter (see ECF No. 338 at 4) regarding the July 21, 2022 document subpoena that Plaintiffs served on MHANY (see ECF No. 251-1).

2. By **June 14, 2024**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of the other issues raised in the Letter, with respect to which the parties shall continue to meet and confer.

Dated:      New York, New York
            June 3, 2024

                                       SO ORDERED.

                                       SARAH L. CAVE
                                       **United States Magistrate Judge**