UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                            Plaintiffs,

  -v-                                             CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                         **ORDER**

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the letter at ECF No. 340 (the "Letter") filed by Plaintiffs and non-party Mutual Housing Association of New York Management Inc. ("MHANY"), the Court orders that, by **June 14, 2024**, MHANY shall file a letter including a hit report, with a breakdown showing the results by custodian using the 6 custodians listed in the Letter (ECF No. 340 at 6), for <u>only</u> the following search terms: (i) Dorce; (ii) McConnell; (iii) 373 Rockaway; and (iv) TPT OR ["Party" w/10 transfer*] OR ["Third" w/10 transfer*].

Dated:        New York, New York
               June 10, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**