UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the letter at ECF No. 346 (the "Letter") filed by non-party Mutual Housing Association of New York Management Inc. ("MHANY"), a telephone conference is scheduled for **Friday, June 21, 2024 at 11:00 am** on the Court's conference line to discuss the hit report included in the Letter. Plaintiffs and MHANY are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
              June 17, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**