UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                              Plaintiffs,

  -v-

                              CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                 **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference today, June 21, 2024, with Plaintiffs and non-party Mutual Housing Association of New York Management Inc. ("MHANY," with Plaintiffs, the "Parties"), the Court orders as follows:

1. The Parties shall promptly meet and confer regarding a stipulation for the application of the Clawback Stipulation and Order (ECF No. 142) to the documents that MHANY produces in this action.

2. MHANY shall promptly produce, following a privilege screen, the documents referenced in its June 14, 2024 letter that were responsive to the search terms "Dorce," "McConnell," and "373 Rockaway." (See ECF No. 346). MHANY shall substantially complete this production by **July 12, 2024**.

3. Plaintiff shall promptly provide to MHANY revisions to the search string "TPT OR (Party /10 transfer*) OR (Third /10 transfer*)" (the "Revised Search String"). MHANY shall then promptly generate and provide to Plaintiffs a hit report with the results of the Revised Search String (the "Hit Report").

4. By **July 1, 2024 at 2:00 pm**, MHANY shall file a letter reporting on the status of its compliance with this Order and attaching the Hit Report.

5. A telephone conference is scheduled for **Tuesday, July 2, 2024 at 2:00 pm** on the Court's conference line. Plaintiffs and MHANY are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:   New York, New York
         June 21, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**