UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                        Plaintiffs,

        -v-

CITY OF NEW YORK, et al.,

                        Defendants.

CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference today, July 2, 2024 (the "Conference"), with Plaintiffs and non-party Mutual Housing Association of New York Management Inc. ("MHANY"), the Court orders as follows:

1. MHANY shall promptly produce, following a privilege screen, the documents referenced in its July 1, 2024 letter for custodian Ismene Speliotis (see ECF No. 354).

2. By **July 22, 2024**, the parties and MHANY shall file a joint letter, no longer than three (3) pages, reporting on the status of (i) MHANY's compliance with this Order and (ii) fact discovery.

The parties shall promptly order a transcript of the Conference.

Dated:        New York, New York
              July 2, 2024

                        SO ORDERED.

                        _____
                        SARAH L. CAVE
                        **United States Magistrate Judge**