UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                          Plaintiffs,

   -v-                                                          CIVIL ACTION NO. 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                             **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 364 is GRANTED, and the Court orders as follows:

1. The parties' deadline to meet and confer regarding the potential deposition of former New York City Mayor Bill de Blasio is EXTENDED to **August 2, 2024**.

2. All fact discovery shall be completed by **August 30, 2024**.

3. By **September 6, 2024**, the parties shall file a joint letter certifying the completion of fact discovery, reporting on the status of the parties' settlement discussions, if any, and, if appropriate, advising whether the parties request a settlement conference with the Court, a referral to the Court-annexed mediation program, or will engage in private settlement negotiations.

4. The expert discovery schedule (see ECF No. 343 ¶1.c) REMAINS IN EFFECT.

5. By **August 16, 2024**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of fact discovery.

6. A telephone status conference is scheduled for **Tuesday, August 20, 2024 at 4:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the schedule time.

The parties Clerk of Court is respectfully directed to close ECF No. 364.

Dated:     New York, New York
           July 26, 2024

                                              SO ORDERED.

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**

2