UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                    Plaintiffs,

  -v-

CITY OF NEW YORK, et al.,

                    Defendants.

CIVIL ACTION NO. 19 Civ. 2216 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 366 is GRANTED, and the Court orders as follows:

1. The telephone status conference scheduled for August 20, 2024 is ADJOURNED to **Tuesday, September 3, 2024 at 2:30 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. The parties' request for an extension of the expert discovery schedule is GRANTED. By **August 28, 2024**, the parties shall file a joint letter proposing a schedule for the completion of expert discovery. The parties need not file the August 16, 2024 status letter (see ECF No. 365 ¶ 5).

3. All other terms of the Court's July 26, 2024 Order, including the deadlines for the completion of fact discovery and the parties' filing of the certification letter (see ECF No. 365 ¶¶ 2–3) REMAIN IN EFFECT.

The parties Clerk of Court is respectfully directed to close ECF No. 366.

Dated:    New York, New York
           August 9, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**