UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                          Plaintiffs,

   -v-

                                          CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                          **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference with the parties on September 3, 2024, the Court orders as follows:

1. By **September 6, 2024**, the Municipal Defendants ("MDs") shall produce or provide an update to Plaintiffs on the status of collecting and producing documents relating to the Internal Revenue Service ruling concerning Neighborhood Restore.

2. The MDs shall collect the emails of the custodian identified as Mr. Campbell, run a search with the compound term of "appraisal" or an appraisal-related term within 25 characters of the addresses of the TPT properties, and produce the hit report to Plaintiffs. The parties shall continue to meet and confer on this issue.

3. The MDs shall collect the annual tax lien sale lists within the period the TPT program was in effect and produce them to Plaintiffs or meet and confer on this issue.

4. The September 12, 2024 deposition of Mutual Housing Association of New York Management Inc. ("MHANY") will go forward.

5. By **September 6, 2024**, MHANY shall inform Plaintiffs of the status of providing a privilege log for MHANY's document productions.

6. All fact discovery issues outlined above shall be completed by **October 11, 2024**.

7. Plaintiffs' request to depose former Mayor Bill DeBlasio is granted. The deposition shall last no longer than two hours of on-record time. The parties shall meet and confer to discuss scheduling the deposition and its format.

8. The parties shall file a joint letter regarding the fact discovery issues in this Order and their positions on expert discovery and further motions practice in the case by **September 27, 2024**.

9. A telephone conference is scheduled for **Tuesday, October 1, 2024 at 12:00 pm** on the Court's conference line: (866) 390-1828; access code: 380-9799.

The parties shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to etranscripts@nysd.uscourts.gov by **September 6, 2024**, and shall select the "7 Day" option for service.

Dated:   New York, New York
         September 3, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**