

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

September 27, 2024

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

> Plaintiffs' request at ECF No. 381 is **GRANTED**, and Exhibit C (ECF Nos. 382-3; 383-3) to the parties' joint letter shall remain sealed.
>
> The Clerk of Court is respectfully directed to close ECF No. 381.
>
> SO ORDERED.   September 30, 2024
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Dorce, et al. v. City of New York, et al.*, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

Plaintiffs write concerning Exhibit C to the parties' joint letter to update the Court on the status of the fact discovery. The Transferee Defendants ("TDs") marked Exhibit C to that letter as "Confidential." Under the Confidentiality Stipulation and Protective Order, ECF No. 141, this requires Plaintiffs to file Exhibit C under seal consistent with Individual Practices of the Court. The Court's Individual Practices I(G) direct that we file a letter-motion for approval of sealed filings.

In conformance therewith, Plaintiffs respectfully submit this letter-application so as to provide TDs with an opportunity to seek to seal Exhibit C, in whole or in part. Plaintiffs do not intend to seek permanent sealing of the document, but respectfully request that the Court approve Exhibit C being provisionally filed under seal so that TDs may have an opportunity to be heard on a submission seeking permanent sealing, in whole or part, should they choose to do so.

Respectfully submitted,

**ROPES & GRAY LLP**

By: */s/ Alexander B. Simkin*

ROPES & GRAY LLP

- 2 -                                                                September 27, 2024

Gregg L. Weiner
Alexander B. Simkin
Leon Kotlyar
Phillip G. Kraft
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Daniel A. Yanofsky (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 508-4600

*Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*

**WHITE & CASE LLP**

By: */s/ Keith H. Wofford*
Keith H. Wofford
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

*Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*

**VALLI KANE & VAGNINI LLP**

By: */s/ Matthew L. Berman*
Matthew L. Berman
Robert J. Valli, Jr.
Yolande I. Nicholson, Esq. *Co-Counsel*
600 Old Country Road
Garden City, NY 11530
(516) 203-7180

*Attorneys for Plaintiffs McConnell Dorce, Cecelia Jones, and Sherlivia Thomas-Murchison*

ROPES & GRAY LLP

- 3 -  September 27, 2024

cc: Counsel of Record (via ECF)