UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                        Plaintiffs,

-v-

                                                              CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                                      **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, October 1, 2024 (the "Conference"), the Court ORDERS as follows:

1. The parties shall meet and confer about collecting targeted emails concerning relevant appraisals from the two custodians identified during the Conference: Mr. Berns and Mr. Indiviglio. The emails of one but not both custodians will be subject to review and production, and the parties shall decide jointly which custodian's emails will be subject to the review and production.

2. The parties shall continue to meet and confer on the tax lien sale list issue.

3. The Municipal Defendants' request for a second deposition of Plaintiff Sherlivia Thomas-Murchison is **GRANTED**. The deposition shall last no longer than one hour of on-record time, and the questions are limited to issues relating to the stock certificate Ms. Thomas Murchison produced on July 9, 2024 and the protective order discussed during the Conference.

4. All fact discovery issues outlined above shall be completed by **November 15, 2024**.

5. By **October 25, 2024**, the Mutual Housing Association of New York Management Inc. ("MHANY") shall produce a privilege log for its document production to Plaintiffs.

6. On or before **October 30, 2024**, Plaintiffs shall file their motion for class certification. On or before **December 12, 2024**, Defendants shall file their opposition. On or before **January 28, 2025**, Plaintiffs shall file their reply.

7. A telephone conference is scheduled for **Monday, November 18, 2024 at 11:00 am** on the Court's conference line: (866) 390-1828; access code: 380-9799.

8. By **Noon on Friday, November 15, 2024**, the parties shall file a joint letter of not more than five (5) pages concerning their progress and any discovery issues ripe for the Court's attention.

9. By **October 4, 2024**, the parties shall order a transcript of the Conference and file it on the docket by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:   New York, New York
         October 1, 2024

SO ORDERED.

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET] [PRINT] [SAVE] [EMAIL]