UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

McCONNELL DORCE, CECELIA JONES, and SHERLIVIA THOMAS-MURCHISON, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

CITY OF NEW YORK, LOUISE CARROLL (Commissioner of the New York City Department of Housing Preservation and Development), SHERIF SOLIMAN (Commissioner of the New York City Department of Finance), NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORP., and BSDC KINGS COVENANT HOUSING DEVELOPMENT FUND COMPANY, INC.,

                Defendants,

-and-

585 NOSTRAND AVENUE HOUSING DEVELOPMENT FUND CORPORATION and 248 MADISON STREET HOUSING DEVELOPMENT FUND CORPORATION,

                Nominal Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No. 1:19-cv-02216-JLR

## NOTICE OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law; the respective declarations of Plaintiffs McConnell Dorce, Cecelia Jones, and Sherlivia Thomas-Murchison ("Named Plaintiffs"); the Declaration of Alexander B. Simkin; the Declaration of Gregg L. Weiner; the Declaration of Matthew L. Berman; the Declaration of Keith H. Wofford; all exhibits, attachments, and appendices thereto; and any oral argument presented to the Court,

Named Plaintiffs, by and through their undersigned attorneys, hereby move the Court, before the Honorable Jennifer L. Rochon, United States District Judge, against Defendants City of New York (the "City"), Louise Carroll (former Commissioner of the City's Department of Housing Preservation and Development), Sherif Soliman (former Commissioner of the City's Department of Finance), Neighborhood Restore Housing Development Fund Corp., and BSDC Kings Covenant Housing Development Fund Company, Inc. ("Defendants") pursuant to Rule 23 of the Federal Rules of Civil Procedure for certification of the following proposed classes, appointment of Named Plaintiffs' undersigned attorneys as counsel to these classes, and such other and further relief as the Court deems just, proper, and equitable:

1. All persons whose properties Defendants transferred during Round 10 of the Third Party Transfer Program (the "TPT Program") under City Admin. Code §§ 11-401 *et seq.* that had value in excess of the tax liens thereon ("Surplus Equity").

2. All persons whose properties Defendants transferred during Rounds 1-9 of the TPT Program under City Admin. Code §§ 11-401 *et seq.* that had Surplus Equity.

Dated: October 30, 2024                                        Respectfully submitted,

/s/ *Matthew L. Berman*
Matthew L. Berman
Robert J. Valli, Jr.
Yolande I. Nicholson, Esq., Of Counsel
VALLI KANE & VAGNINI LLP
600 Old Country Road
Garden City, NY 11530
(516) 203-7180
mberman@vkvlawyers.com
rvalli@vkvlawyers.com
attorneynicholson@gmail.com

*Attorneys for Plaintiffs McConnell Dorce, Cecelia Jones, and Sherlivia Thomas-Murchison*


/s/ *Keith H. Wofford*
Keith H. Wofford
WHITE & CASE LLP
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131
kwofford@whitecase.com

*Attorney for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*

/s/ *Gregg L. Weiner*
Gregg L. Weiner
Alexander B. Simkin
Leon Kotlyar
Ethan M. Weinberg
Mohammed S. Hassan
Casey M. Berger (admitted *pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
Gregg.Weiner@ropesgray.com
Alexander.Simkin@ropesgray.com
Leon.Kotlyar@ropesgray.com
Ethan.Weinberg@ropesgray.com
Mohammed.Hassan@ropesgray.com
Casey.Berger@ropesgray.com

Daniel Yanofsky (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
Daniel.Yanofsky@ropesgray.com

*Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*