UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

McCONNELL DORCE, CECELIA JONES, and SHERLIVIA THOMAS-MURCHISON, individually and on behalf of all others similarly situated,

                 Plaintiffs,

v.

CITY OF NEW YORK, LOUISE CARROLL (Commissioner of the New York City Department of Housing Preservation and Development), SHERIF SOLIMAN (Commissioner of the New York City Department of Finance), NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORP., and BSDC KINGS COVENANT HOUSING DEVELOPMENT FUND COMPANY, INC.,

                 Defendants,

                 -and-

585 NOSTRAND AVENUE HOUSING DEVELOPMENT FUND CORPORATION and 248 MADISON STREET HOUSING DEVELOPMENT FUND CORPORATION,

                 Nominal Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No. 1:19-cv-02216-JLR

### NOTICE OF PUTATIVE ROUND 10 CLASS'S MOTION FOR SUMMARY JUDGMENT ON TAKINGS CLAIMS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Putative Round 10 Class's Motion for Summary Judgment on Takings Claims; the respective declarations of Plaintiffs McConnell Dorce and Cecelia Jones; the Declaration of Alexander B. Simkin; Putative Round 10 Class's Local Rule 56.1 Statement of Material Facts; all exhibits, attachments, and appendices thereto; and any oral argument presented to the Court, the Putative

2

Round 10 Class, by and through their undersigned attorneys, hereby move the Court, before the Honorable Jennifer L. Rochon, United States District Judge, against Defendants City of New York (the "City"), Louise Carroll (former Commissioner of the City's Department of Housing Preservation and Development), Sherif Soliman (former Commissioner of the City's Department of Finance), and Neighborhood Restore Housing Development Fund Corp., pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules of this Court[1] for an Order granting summary judgment on the Takings claims of the Amended Complaint, ECF No. 91, Counts I and VI in favor of the Putative Round 10 Class and such other and further relief as the Court deems just, proper, and equitable.

---

[1] *See also* ECF No. 280 (granting Plaintiffs' request to move for summary judgment on their Takings claims).

Dated:  October 30, 2024                Respectfully submitted,

| | |
|---|---|
| */s/ Matthew L. Berman* | */s/ Gregg L. Weiner* |
| Matthew L. Berman | Gregg L. Weiner |
| Robert J. Valli, Jr. | Alexander B. Simkin |
| Yolande I. Nicholson, Esq., Of Counsel | Leon Kotlyar |
| VALLI KANE & VAGNINI LLP | Ethan M. Weinberg |
| 600 Old Country Road | Mohammed S. Hassan |
| Garden City, NY 11530 | Casey M. Berger (admitted *pro hac vice*) |
| (516) 203-7180 | ROPES & GRAY LLP |
| mberman@vkvlawyers.com | 1211 Avenue of the Americas |
| rvalli@vkvlawyers.com | New York, NY 10036 |
| attorneynicholson@gmail.com | (212) 596-9000 |
| | Gregg.Weiner@ropesgray.com |
| *Attorneys for Plaintiffs McConnell Dorce, Cecelia Jones, and Sherlivia Thomas-Murchison* | Alexander.Simkin@ropesgray.com |
| | Leon.Kotlyar@ropesgray.com |
| | Ethan.Weinberg@ropesgray.com |
| | Mohammed.Hassan@ropesgray.com |
| | Casey.Berger@ropesgray.com |
| */s/ Keith H. Wofford* | |
| Keith H. Wofford | Daniel Yanofsky (admitted *pro hac vice*) |
| WHITE & CASE LLP | ROPES & GRAY LLP |
| 200 South Biscayne Blvd, Suite 4900 | Prudential Tower |
| Miami, FL 33131 | 800 Boylston Street |
| kwofford@whitecase.com | Boston, MA 02199 |
| | (617) 951-7000 |
| *Attorney for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison* | Daniel.Yanofsky@ropesgray.com |
| | *Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison* |