UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                              Plaintiffs,

   -v-

                              CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

CITY OF NEW YORK, et al.,                  **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 18, 2024 (the "Conference"), the Court ORDERS as follows:

1. On or before **November 22, 2024**, Plaintiffs shall deliver to Mutual Housing Association of New York Management Inc. ("MHANY") a list of non-parties appearing on MHANY's privilege log whom Plaintiffs could not connect to MHANY, as discussed during the Conference.

2. On or before **November 27, 2024**, MHANY shall deliver to Plaintiffs a list identifying the names of attorneys or those attorneys' agents appearing on MHANY's privilege log.

3. On or before **December 6, 2024**, Plaintiffs and MHANY shall meet and confer to discuss the above issues and any other outstanding issues concerning MHANY's privilege log and Plaintiffs' response to MHANY's clawback request.

4. On or before **December 13, 2024**, the parties shall file a joint letter confirming that Mr. Bill de Blasio's deposition is complete and setting forth the status of any

outstanding issues concerning MHANY's privilege log.  Apart from these two issues, the Court deems all fact discovery **CLOSED**.

5. Defendants' request to extend the briefing schedule on the pending motions (ECF No. 404 at 2–5) is **GRANTED IN PART**.  The deadline for Defendants to file their oppositions to both the pending Motion to Certify Class (ECF No. 391) and Motion for Partial Summary Judgment (ECF No. 393 (together with ECF No. 391, the "Motions")) is **EXTENDED** up to and including **January 10, 2025.**  The deadline for Plaintiffs to file their replies in further support of the Motions is **EXTENDED** up to and including **February 21, 2025**.

6. If Defendants proffer expert testimony in their oppositions to the Motions, the parties shall promptly meet and confer to discuss whether they intend to depose the proffered expert(s).  On or before **January 24, 2025**, the parties shall file a joint letter setting forth any disputes concerning expert discovery, if necessary.

7. In their replies to the Motions, Plaintiffs may refer to new facts or issues discovered during Mr. de Blasio's deposition, without prejudice to Defendants' ability to seek leave to file sur-replies to respond to any new facts or arguments Plaintiffs raise in reply concerning Mr. de Blasio's testimony.

8. A telephone conference is scheduled for **Tuesday, December 17, 2024 at 10:00 a.m.** on the Court's Microsoft Teams platform.  Counsel are directed to call: (646) 453-4442; phone conference ID: 939568809#, at the scheduled time.

9. By **November 20, 2024**, the parties shall order a transcript of the Conference and file it on the docket by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:     New York, New York
           November 18, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |