UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, et al.,

                          Plaintiffs,

   -v-

CITY OF NEW YORK, et al.,

                          Defendants.

CIVIL ACTION NO.: 19 Civ. 2216 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the parties' joint letter (ECF No. 411) and the telephone conference held today, December 17, 2024 (the "Conference"), it is ORDERED that:

(1) All fact discovery between Plaintiffs, the Municipal Defendants, and the Transferee Defendants is deemed **closed**.

(2) By **January 6, 2025**, Plaintiffs and Mutual Housing Association of New York Management Inc. ("MHANY") shall: (i) upload via a link—which the Court will email to Plaintiffs and MHANY—for in camera review (a) MHANY's privilege log, (b) the list of non-parties appearing on MHANY's privilege log whom Plaintiffs could not connect to MHANY (see ECF No. 405), (c) ten (10) unredacted documents from Appendix A to the parties' December 17, 2024 joint status letter (ECF No. 411-1), and (d) ten (10) unredacted documents from Appendix B (ECF No. 411-2) (the "In Camera Review"); and (ii) meet and confer to determine which 20 unredacted documents from Appendices A and B MHANY will provide to the Court for the In Camera Review. The Court will rule on the In Camera Review in due course to determine which additional documents MHANY must produce to Plaintiffs, if any (see ECF No. 411). If Plaintiffs

and MHANY resolve this dispute without the need for the In Camera Review before the January 6, 2025 deadline, then they shall file a joint letter stating they have done so on or before that date.

(3) By **December 20, 2024**, the parties shall order a transcript of the Conference and file it on the docket by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:    New York, New York
          December 17, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET]  [PRINT]  [SAVE]  [EMAIL]