April 17, 2025

**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The parties' request at ECF No. 437 is **GRANTED**. All pending deadlines are **CANCELLED**. On or before **June 17, 2025** the parties shall file a joint letter setting for the status of their mediation.
>
> The Clerk of Court is respectfully directed to close ECF No. 437.
>
> SO ORDERED.   April 21, 2025
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re: *Dorce, et al. v. City of New York, et al.*, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

The parties jointly write to report on the status of their mediation efforts, pursuant to the Court's January 27, 2025 Order (ECF No. 431).

The parties attended an in-person mediation session on April 15, 2025, overseen by Hon. Steven M. Gold (Ret.) at JAMS. The parties have agreed to continue the mediation to a second day, which is currently scheduled for June 13, 2025 (the soonest available date).

Accordingly, the parties respectfully request that the Court order all deadlines remain adjourned pending the results of the mediation, in accordance with the terms of the Court's January 27, 2025 Order, with the parties providing another status update on June 17, 2025.

Respectfully submitted,

**PLAINTIFFS**

**ROPES & GRAY LLP**

By: /s/ Gregg L. Weiner
Gregg L. Weiner
Alexander B. Simkin
Phillip G. Kraft
Mohammed S. Hassan
Casey M. Berger
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Daniel A. Yanofsky (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 508-4600

*Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*

**WHITE & CASE LLP**

By: /s/ Keith H. Wofford
Keith H. Wofford
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

*Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*

**VALLI KANE & VAGNINI LLP**

By: /s/ Matthew L. Berman
Matthew L. Berman
Robert J. Valli, Jr.
Sara W. Kane
Yolande I. Nicholson, Esq. *Co-Counsel*
600 Old Country Road
Garden City, NY 11530
(516) 203-7180

*Attorneys for Plaintiffs McConnell Dorce, Cecelia Jones, and Sherlivia Thomas-Murchison*

**DEFENDANTS**

**OFFICE OF THE CORPORATION COUNSEL**

By: /s/ Andrea B. Feller
Andrea B. Feller
Daniel Crandall
100 Church Street
New York, NY 10007

*Attorneys for the Municipal Defendants*

**TARTER KRINSKY & DROGIN LLP**

By: /s/ Brian J. Markowitz
Brian J. Markowitz
1350 Broadway
New York, NY 10018
(212) 216-8029

*Counsel for Defendants Neighborhood Restore Housing Development Fund and BSDC Kings Covenant Housing Development Fund Co.*

cc:     Counsel of Record (via ECF)