UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MCCONNELL DORCE, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

Case No. 1:19-cv-02216 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court understands that the parties are continuing to engage in good faith mediation efforts with another session scheduled for June 2025. Dkt. 438. The Court will stay this matter during the mediation process and should mediation be unsuccessful, the Court will reschedule the adjourned deadlines, including for the reply briefs for the pending motions. The Clerk of Court is hereby directed to stay this action.

Dated: April 23, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge