June 17, 2025

**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Dorce, et al. v. City of New York, et al.*, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

      Pursuant to the Court's orders dated April 21, 2025 (ECF No. 438) and April 23, 2025 (ECF No. 439), the parties respectfully submit this joint update regarding the status of their mediation.

      On June 13, 2025, a second in-person mediation session was held, once again with Hon. Steven M. Gold (Ret.) of JAMS. The parties are pleased to report that an agreement in principle was reached with respect to the financial terms relating to the proposed Round 10 class. As the parties work to address the non-monetary terms of their agreement they also continue to negotiate in good faith regarding the claims relating to Rounds 1 through 9 and intend to engage in further discussions to address a potential settlement of those claims.

      Thus, the parties respectfully propose to jointly update the Court regarding the status of their discussions and related matters by August 1, 2025 (45 days from today). The parties also request that the Court extend the current stay of the case until August 1, 2025.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| **ROPES & GRAY LLP** | **OFFICE OF THE CORPORATION COUNSEL** |
| By: */s/ Gregg L. Weiner* <br> Gregg L. Weiner <br> Alexander B. Simkin <br> Phillip G. Kraft <br> Mohammed S. Hassan <br> Casey M. Berger <br> 1211 Avenue of the Americas <br> New York, NY 10036 <br> (212) 596-9000 | By: */s/ Andrea B. Feller* <br> Andrea B. Feller <br> Daniel Crandall <br> 100 Church Street <br> New York, NY 10007 <br><br> *Attorneys for the Municipal Defendants* |
| *Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison* | **TARTER KRINSKY & DROGIN LLP** |
| **WHITE & CASE LLP** | By: */s/ Brian J. Markowitz* <br> Brian J. Markowitz <br> 1350 Broadway <br> New York, NY 10018 <br> (212) 216-8029 |
| By: */s/ Keith H. Wofford* <br> Keith H. Wofford <br> 200 South Biscayne Blvd, Suite 4900 <br> Miami, FL 33131-2352 <br> (305) 371-2700 | *Counsel for Defendants Neighborhood Restore Housing Development Fund and BSDC Kings Covenant Housing Development Fund Co.* |
| *Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison* | cc:    Counsel of Record (via ECF) |
| **VALLI KANE & VAGNINI LLP** | |
| By: */s/ Matthew L. Berman* <br> Matthew L. Berman <br> Robert J. Valli, Jr. <br> Sara Wyn Kane <br> Yolande I. Nicholson, Esq. *Co-Counsel* <br> 600 Old Country Road <br> Garden City, NY 11530 <br> (516) 203-7180 | |
| *Attorneys for Plaintiffs McConnell Dorce, Cecelia Jones, and Sherlivia Thomas-Murchison* | |