September 26, 2025

**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>Dorce, et al. v. City of New York, et al.</u>, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

      Pursuant to the Court's order dated August 28, 2025 (ECF No. 451), the parties respectfully submit this joint update regarding the status of their settlement discussions.

      On September 8, 2025, Plaintiffs sent Defendants a letter expressing concerns with Defendants' proposed edits to Plaintiffs' draft settlement term sheet. The parties then had a meet-and-confer on September 19, 2025, wherein Defendants addressed the concerns Plaintiffs raised and the parties further agreed that, rather than continue exchanging drafts of the term sheet, Plaintiffs would simply send Defendants a draft long-form settlement agreement for their consideration. The parties request an additional extension of the stay in this case to allow for the drafting of the long-form settlement agreement.

      The parties respectfully propose to again jointly update the Court regarding the status of their settlement discussions and related matters by October 15, 2025, and respectfully request that the stay of this case be extended up to and including that date.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| **ROPES & GRAY LLP** | **OFFICE OF THE CORPORATION COUNSEL** |
| By: /s/ Gregg L. Weiner <br> Gregg L. Weiner <br> Alexander B. Simkin <br> Mohammed S. Hassan <br> 1211 Avenue of the Americas <br> New York, NY 10036 <br> (212) 596-9000 | By: /s/ Daniel Crandall <br> Andrea B. Feller <br> Daniel Crandall <br> 100 Church Street <br> New York, NY 10007 |
| *Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison* | *Attorneys for the Municipal Defendants* |
| **WHITE & CASE LLP** | **TARTER KRINSKY & DROGIN LLP** |
| By: /s/ Keith H. Wofford <br> Keith H. Wofford <br> 200 South Biscayne Blvd, Suite 4900 <br> Miami, FL 33131-2352 <br> (305) 371-2700 | By: /s/ Brian J. Markowitz <br> Brian J. Markowitz <br> 1350 Broadway <br> New York, NY 10018 <br> (212) 216-8029 |
| *Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison* | *Counsel for Defendants Neighborhood Restore Housing Development Fund and BSDC Kings Covenant Housing Development Fund Co.* |
| **VALLI KANE & VAGNINI LLP** | cc:    Counsel of Record (via ECF) |
| By: /s/ Sara Wyn Kane <br> Matthew L. Berman <br> Robert J. Valli, Jr. <br> Sara Wyn Kane <br> Yolande I. Nicholson, Esq. *Co-Counsel* <br> 600 Old Country Road <br> Garden City, NY 11530 <br> (516) 203-7180 | |
| *Attorneys for Plaintiffs McConnell Dorce, Cecelia Jones, and Sherlivia Thomas-Murchison* | |