September 26, 2025

**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The parties' request at Dkt. No. 455 is **GRANTED**. On or before **October 15, 2025**, the parties shall submit another joint letter setting forth the status of settlement discussions. The stay of this case is **EXTENDED** up to and including **October 15, 2025**.
>
> SO ORDERED.   September 29, 2025
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Dorce, et al. v. City of New York, et al.*, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

Pursuant to the Court's order dated August 28, 2025 (ECF No. 451), the parties respectfully submit this joint update regarding the status of their settlement discussions.

On September 8, 2025, Plaintiffs sent Defendants a letter expressing concerns with Defendants' proposed edits to Plaintiffs' draft settlement term sheet. The parties then had a meet-and-confer on September 19, 2025, wherein Defendants addressed the concerns Plaintiffs raised and the parties further agreed that, rather than continue exchanging drafts of the term sheet, Plaintiffs would simply send Defendants a draft long-form settlement agreement for their consideration. The parties request an additional extension of the stay in this case to allow for the drafting of the long-form settlement agreement.

The parties respectfully propose to again jointly update the Court regarding the status of their settlement discussions and related matters by October 15, 2025, and respectfully request that the stay of this case be extended up to and including that date.

Respectfully submitted,

**PLAINTIFFS**

**ROPES & GRAY LLP**

By: */s/ Gregg L. Weiner*
Gregg L. Weiner
Alexander B. Simkin
Mohammed S. Hassan
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

*Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*

**WHITE & CASE LLP**

By: */s/ Keith H. Wofford*
Keith H. Wofford
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

*Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*

**VALLI KANE & VAGNINI LLP**

By: */s/ Sara Wyn Kane*
Matthew L. Berman
Robert J. Valli, Jr.
Sara Wyn Kane
Yolande I. Nicholson, Esq. *Co-Counsel*
600 Old Country Road
Garden City, NY 11530
(516) 203-7180

*Attorneys for Plaintiffs McConnell Dorce, Cecelia Jones, and Sherlivia Thomas-Murchison*

**DEFENDANTS**

**OFFICE OF THE CORPORATION COUNSEL**

By: */s/ Daniel Crandall*
Andrea B. Feller
Daniel Crandall
100 Church Street
New York, NY 10007

*Attorneys for the Municipal Defendants*

**TARTER KRINSKY & DROGIN LLP**

By: */s/ Brian J. Markowitz*
Brian J. Markowitz
1350 Broadway
New York, NY 10018
(212) 216-8029

*Counsel for Defendants Neighborhood Restore Housing Development Fund and BSDC Kings Covenant Housing Development Fund Co.*

cc:     Counsel of Record (via ECF)