January 15, 2026

**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The Court thanks the parties for the update at Dkt. No. 463. A telephone conference to schedule a settlement conference is scheduled for **January 26, 2026, at 3:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> SO ORDERED.    January 16, 2026
>
> _SARAH L. CAVE_
> United States Magistrate Judge

Re:    _Dorce, et al. v. City of New York, et al._, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

Pursuant to the Court's order dated December 16, 2025 (ECF No. 462), the parties respectfully submit this joint update regarding the status of their settlement discussions.

As noted in the parties' joint letter dated December 15, 2025 (ECF No. 461), the parties engaged in diligent, good-faith efforts to finalize a settlement agreement by January 15, 2026. Although substantial progress has been made, there are a few key issues that remain to be resolved. Accordingly, the parties respectfully request that the Court promptly convene a settlement conference to assist in resolving the remaining issues and to facilitate the process of finalizing the settlement agreement.

The parties propose working with the Court to select a mutually convenient date for the settlement conference. If the Court is available, the parties would like to have the settlement conference before February 17, 2026, and respectfully request that the stay in this case be extended up to and including that date.

Respectfully submitted,

**PLAINTIFFS**

**ROPES & GRAY LLP**

By: */s/ Gregg L. Weiner*
Gregg L. Weiner
Alexander B. Simkin
Mohammed S. Hassan
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
*Attorneys for Plaintiffs McConnell Dorce
and Sherlivia Thomas-Murchison*

**WHITE & CASE LLP**

By: */s/ Keith H. Wofford*
Keith H. Wofford
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131-2352
(305) 371-2700
*Attorneys for Plaintiffs McConnell Dorce
and Sherlivia Thomas-Murchison*

**VALLI KANE & VAGNINI LLP**

By: */s/ Matthew L. Berman*
Matthew L. Berman
Robert J. Valli, Jr.
Sara Wyn Kane
Yolande I. Nicholson, Esq. Co-Counsel
600 Old Country Road
Garden City, NY 11530
(516) 203-7180
*Attorneys for Plaintiffs McConnell Dorce,
Cecelia Jones, and Sherlivia Thomas-
Murchison*

**DEFENDANTS**

**OFFICE OF THE CORPORATION
COUNSEL**

By: */s/ Andrea B. Feller*
Andrea B. Feller
Daniel Crandall
100 Church Street
New York, NY 10007
*Attorneys for the Municipal Defendants*

**TARTER KRINSKY & DROGIN LLP**

By: */s/ Brian J. Markowitz*
Brian J. Markowitz
1350 Broadway
New York, NY 10018
(212) 216-8029
*Counsel for Defendants Neighborhood
Restore Housing Development Fund and
BSDC Kings Covenant Housing
Development Fund Co.*

cc:     Counsel of Record (via ECF)