UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MCCONNELL DORCE, individually and on behalf of all others similarly situated, et al.,

                Plaintiffs,

  -v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 19 Civ. 2216 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 30, 2024, Plaintiffs McConnell Dorce, Cecilia Jones, and Sherlivia Thomas-Murchinson, individually and on behalf of all others similarly situated (together, "Plaintiffs") filed a motion for class certification. (Dkt. No. 391 (the "Motion")). On January 10, 2025, Defendants City of New York, Sherif Soliman, Louise Carroll, BSDC Kings Covenant Housing Development Fund Company, Inc., and Neighborhood Restore Housing Development Fund Corp. (together, "Defendants") opposed the Motion. (Dkt. No. 417–27).

On January 24, 2025, the parties filed a letter advising the Court that "they have entered into discussions aimed at attempting to resolve this litigation through mediation" and requesting that the Court "toll all pending deadlines, including the [] deadlines for Plaintiffs' repl[y] in support of [the Motion]." (Dkt. No. 430). In light of the January 24, 2025 letter, on January 27, 2025, we adjourned all deadlines sine die, pending the results of the mediation, and ordered the parties to file a joint letter updating the Court on the status of their mediation by April 17, 2025. (Dkt. No. 431). On April 17, 2025, the parties filed their joint status letter advising that their mediation was ongoing. (Dkt. No. 437). On April 23, 2025, given the parties' continued efforts

to mediate, the Honorable Jennifer L. Rochon "stay[ed] this matter during the mediation process" and ordered that "should mediation be unsuccessful, the Court will reschedule the adjourned deadlines, including for the reply briefs for the [Motion]." (Dkt. No. 439). For the next several months, at the Court's direction, the parties continued to update the Court on the status of their mediation. (Dkt. Nos. 443; 445; 450; 455; 457; 459; 461; 463). On January 15, 2026, the parties filed a joint letter advising the Court that they have made "substantial progress" towards settlement but requested a settlement conference before the undersigned to assist in "resolving the remaining issues and to facilitate the process of finalizing the settlement agreement." (Dkt. No. 463). Accordingly, we scheduled an in-person settlement conference for March 4, 2026 at 2:00 p.m. ET (the "Conference"), and extended the stay of this case sine die pending the Conference. (Dkt. No. 465).

In light of the parties' continued efforts to resolve this case, the Court **ADMINISTRATIVELY CLOSES** the Motion. In the event the parties do not settle this case at the Conference, Plaintiffs may refile the Motion.

The Clerk of Court is respectfully directed to close Dkt. No. 391.

Dated: New York, New York
January 28, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2