UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, individually and on behalf of all others similarly situated, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 19 Civ. 2216 (JLR) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Following the settlement conference held in-person on March 4, 2026, a telephone conference with counsel only to discuss the status of the parties' settlement discussions is scheduled for **March 11, 2026, at 12:00 p.m. ET** on the Court's conference line.  Counsels are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The stay of this case is **EXTENDED** sine die, pending the March 11, 2026 telephone conference.

Dated:      New York, New York
            March 4, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**