UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, individually and on behalf of all others similarly situated, et al.,

                    Plaintiffs,

  -v-

CITY OF NEW YORK, et al.,

                    Defendants.

CIVIL ACTION NO. 19 Civ. 2216 (JLR) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Following the telephone conference held on March 11, 2026, another telephone conference with counsel only to discuss the status of the parties' settlement discussions is scheduled for **March 23, 2026, at 5:00 p.m. ET** on the Court's conference line.  Counsels are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The stay of this case is **EXTENDED** sine die, pending the March 23, 2026 telephone conference.

Dated:     New York, New York
         March 11, 2026

                                SO ORDERED.

                                **SARAH L. CAVE**
                                **United States Magistrate Judge**