UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, individually and on behalf of all others similarly situated, et al.,

                                        Plaintiffs,

        -v-                                                    CIVIL ACTION NO. 19 Civ. 2216 (JLR) (SLC)

                                                               **TELEPHONE CONFERENCE
CITY OF NEW YORK, et al.,                                      SCHEDULING ORDER**

                                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Following the telephone conference held on March 23, 2026, another telephone conference with counsel only to discuss the status of the parties' settlement discussions is scheduled for **March 31, 2026, at 10:00 a.m. ET** on the Court's conference line.  Counsels are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The stay of this case is **EXTENDED** sine die, pending the March 31, 2026 telephone conference.

Dated:        New York, New York
              March 25, 2026

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**