UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, individually and on behalf of all others similarly situated, et al.,

      Plaintiffs,

 -v-

CITY OF NEW YORK, et al.,

      Defendants.

CIVIL ACTION NO. 19 Civ. 2216 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Following the telephone conference held on April 17, 2026, the parties shall file a joint letter by **April 22, 2026** setting forth (i) the status of the parties' settlement agreement; (ii) the status of the parties' meetings with Plaintiffs' proposed claims administrator candidates; and (iii) a proposed briefing schedule for Plaintiffs' new motion for class certification. The stay of this case is **EXTENDED** sine die, pending the parties' joint letter.

Dated:  New York, New York
    April 17, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**