May 18, 2026

**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Dorce, et al. v. City of New York, et al.*, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

Pursuant to the Court's Order dated May 5, 2026 (ECF No. 483), the parties respectfully submit this joint status update.

The parties have reached agreement on the terms of their Round 10 settlement, including the then-outstanding deadlines referenced in last week's letter (ECF No. 482).  Plaintiffs anticipated sending the proposed exhibits to the settlement agreement, including the claim and notice forms, to Defendants by now; however, Plaintiffs, in consultation with the selected claims administrator, need a few more days to finalize their preparation of the exhibits.

The parties propose that the Round 10 portion of the case remain stayed while they work to finalize the exhibits and otherwise execute the settlement agreement.  The parties thank the Court for its attention to this matter and are available to discuss any of the above at the Court's convenience.

Respectfully submitted,

**PLAINTIFFS**

**ROPES & GRAY LLP**

By: *Gregg L. Weiner*
Gregg L. Weiner
Alexander B. Simkin
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

*Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*

**WHITE & CASE LLP**

By: *Keith H. Wofford*
Keith H. Wofford
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

*Attorneys for Plaintiffs McConnell Dorce and Sherlivia Thomas-Murchison*

**VALLI KANE & VAGNINI LLP**

By: *Matthew L. Berman*
Matthew L. Berman
Robert J. Valli, Jr.
Sara Wyn Kane
Yolande I. Nicholson, Esq. *Co-Counsel*
600 Old Country Road
Garden City, NY 11530
(516) 203-7180

*Attorneys for Plaintiffs McConnell Dorce, Cecelia Jones, and Sherlivia Thomas-Murchison*

**DEFENDANTS**

**OFFICE OF THE CORPORATION COUNSEL**

By: *Andrea B. Feller*
Andrea B. Feller
Daniel Crandall
100 Church Street
New York, NY 10007

*Attorneys for the Municipal Defendants*

**TARTER KRINSKY & DROGIN LLP**

By: *Brian J. Markowitz*
Brian J. Markowitz
1350 Broadway
New York, NY 10018
(212) 216-8029

*Counsel for Defendants Neighborhood Restore Housing Development Fund and BSDC Kings Covenant Housing Development Fund Co.*

cc:      Counsel of Record (via ECF)