May 18, 2026

**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The Court thanks the parties for the update at Dkt. No. 495 and encourages Plaintiffs to send the proposed exhibits to the settlement agreement (the "Agreement") by **Friday, May 22, 2026**, and Defendants to respond by **Friday, May 29, 2026**. As to Round 10, the stay of this case is **EXTENDED** <u>sine</u> <u>die</u>. By **June 1, 2026**, the parties shall file another joint letter setting forth the status of the Agreement.
>
> SO ORDERED.    May 19, 2026
>
> _____
> SARAH L. CAVE
> United States Magistrate Judge

            Re:    *Dorce, et al. v. City of New York, et al.*, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

        Pursuant to the Court's Order dated May 5, 2026 (ECF No. 483), the parties respectfully submit this joint status update.

        The parties have reached agreement on the terms of their Round 10 settlement, including the then-outstanding deadlines referenced in last week's letter (ECF No. 482).  Plaintiffs anticipated sending the proposed exhibits to the settlement agreement, including the claim and notice forms, to Defendants by now; however, Plaintiffs, in consultation with the selected claims administrator, need a few more days to finalize their preparation of the exhibits.

        The parties propose that the Round 10 portion of the case remain stayed while they work to finalize the exhibits and otherwise execute the settlement agreement.  The parties thank the Court for its attention to this matter and are available to discuss any of the above at the Court's convenience.

Respectfully submitted,

**PLAINTIFFS**

**ROPES & GRAY LLP**

By: _Gregg L. Weiner_
Gregg L. Weiner
Alexander B. Simkin
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

_Attorneys for Plaintiffs McConnell Dorce and
Sherlivia Thomas-Murchison_

**WHITE & CASE LLP**

By: _Keith H. Wofford_
Keith H. Wofford
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

_Attorneys for Plaintiffs McConnell Dorce and
Sherlivia Thomas-Murchison_

**VALLI KANE & VAGNINI LLP**

By: _Matthew L. Berman_
Matthew L. Berman
Robert J. Valli, Jr.
Sara Wyn Kane
Yolande I. Nicholson, Esq. _Co-Counsel_
600 Old Country Road
Garden City, NY 11530
(516) 203-7180

_Attorneys for Plaintiffs McConnell Dorce, Cecelia
Jones, and Sherlivia Thomas-Murchison_

**DEFENDANTS**

**OFFICE OF THE CORPORATION
COUNSEL**

By: _Andrea B. Feller_
Andrea B. Feller
Daniel Crandall
100 Church Street
New York, NY 10007

_Attorneys for the Municipal Defendants_

**TARTER KRINSKY & DROGIN LLP**

By: _Brian J. Markowitz_
Brian J. Markowitz
1350 Broadway
New York, NY 10018
(212) 216-8029

_Counsel for Defendants Neighborhood Restore
Housing Development Fund and BSDC Kings
Covenant Housing Development Fund Co._

cc:      Counsel of Record (via ECF)