Plaintiffs' request at Dkt. No. 510 is **GRANTED**. The Court already granted Plaintiffs' previous request to seal Exhibit C (Dkt. No. 382-3 ("Exhibit C")) to the parties' joint letter dated September 27, 2024. (Dkt. Nos. 382; 384). Given that Exhibit 2 (Dkt. No. 513-2 ("Exhibit 2")) to the declaration of Alexander Simkin, Esq. submitted in further support of Plaintiff's motion for class certification (Dkt. Nos. 485-491; 512) is the same document as Exhibit C, Exhibit 2 shall remain under seal.

The Clerk of Court is respectfully directed to close Dkt. No. 510.

SO ORDERED. July 7, 2026

SARAH L. CAVE
United States Magistrate Judge

**BY ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Dorce, et al. v. City of New York, et al.*, No. 1:19-cv-02216 (JLR) (SLC)

Dear Judge Cave:

We write regarding Plaintiff Sherlivia Thomas-Murchison's forthcoming reply in further support of her Motion for Class Certification (ECF Nos. 485-491). In connection with that brief, we intend to file an additional supporting declaration from Alexander Simkin attaching three exhibits. Exhibit 2 to that declaration has previously been marked "Confidential" by the Transferee Defendants ("TDs"). Under the Confidentiality Stipulation and Protective Order, ECF No. 141, this requires Plaintiff to file Exhibit 2 under seal consistent with the Individual Practices of the Court. Section I(F) of the Court's Individual Practices direct that we file a letter-motion for approval of sealed filings.

In conformance therewith, Plaintiff respectfully submits this letter-application so as to provide TDs with an opportunity to seek to seal Exhibit 2, in whole or in part. Plaintiff does not intend to seek permanent sealing of the document, but respectfully requests that the Court approve Exhibit 2 being provisionally filed under seal so that TDs may have an opportunity to be heard on a submission seeking permanent sealing, in whole or part, should they choose to do so. The Court previously allowed this document to be filed under seal. *See* ECF No. 384.

Respectfully submitted,

**ROPES & GRAY LLP**

By: */s/ Gregg L. Weiner*

Gregg L. Weiner
Alexander B. Simkin
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

J. William Piereson (admitted *pro hac vice*)
Chloe D. Aubuchon (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000

*Attorneys for Plaintiff Sherlivia Thomas-Murchison*

**WHITE & CASE LLP**

By: */s/ Keith H. Wofford*
Keith H. Wofford
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131-2352
(305) 371-2700

*Attorneys for Plaintiff Sherlivia Thomas-Murchison*

**VALLI KANE & VAGNINI LLP**

By: */s/ Matthew L. Berman*
Matthew L. Berman
Sara Kane
Robert J. Valli, Jr.
Yolande I. Nicholson, Esq.
*Of Counsel*
600 Old Country Road
Garden City, NY 11530
(516) 203-7180

*Attorneys for Plaintiffs Cecilia Jones and Sherlivia Thomas-Murchison*

cc: Counsel of Record (via ECF)