UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, individually and on behalf of all others similarly situated, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 19 Civ. 2216 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Following the telephone conference held on August 12, 2026, by **August 19, 2026**, the parties shall file a joint letter updating the Court on the status of execution of their Round 10 settlement agreement and the date on which their preliminary settlement approval motion will be filed.

The stay of this case as to Round 10 shall remain **EXTENDED** sine die.

Dated: New York, New York
August 12, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**