UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| McCONNELL DORCE, et al.,<br>Plaintiffs,<br>-against-<br>CITY OF NEW YORK, et al.,<br>Defendants. | Case No. 1:19-cv-02216 (JLR)<br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 30, 2024, the putative Round 10 class in this matter concerning Defendant City of New York's Third-Party Transfer Program moved for summary judgment on Counts I and VI of the Amended Complaint.[1] Dkt. 401 at 1; *see* Dkts. 393-403. On April 23, 2025, this Court stayed the matter to permit the parties to continue to engage in good-faith mediation. *See* Dkt. 439. Judge Cave extended that stay while the parties continued to work toward a resolution, and, on August 26, 2026, the parties advised Judge Cave that they had fully executed a settlement agreement with respect to the Round 10 class's claims. *See* Dkt. 530. In light of that settlement, the pending motion for summary judgment is DENIED as moot, without prejudice to refiling in the event the settlement is not consummated. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 393.

Dated: September 2, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge

[1] Plaintiffs define this putative class as "[a]ll persons whose properties Defendants transferred during Round 10 of the Third Party Transfer Program ('the TPT Program') under New York City ('the City') Admin. Code §§ 11-401 et seq. that had value in excess of the tax liens thereon ('Surplus Equity') ('the Round 10 Class')." Dkt. 401 at 1 n.1.