UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCONNELL DORCE, individually and on behalf of all others similarly situated, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 19 Civ. 2216 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 14, 2026, Plaintiffs McConnell Dorce, Cecilia Jones, and Sherlivia Thomas-Murchinson ("Plaintiffs") filed a motion for class certification, (Dkt. Nos. 485–491 (the "Motion")), which the Honorable Jennifer L. Rochon has referred to the undersigned for a report and recommendation. (Dkt. No. 492). On October 22, 2026, the Court held oral argument on the Motion. (Dkt. No. 541 (the "Hearing")). By **October 23, 2026**, the parties shall order a copy of the Hearing transcript online at https://www.sdreporters.com/.

Dated: New York, New York
October 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**